United States District Court
Southern District of Texas

**ENTERED**

November 29, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQOEZ, MELESIO CRUZ, ANGELICA CHAVEZ OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ,  YESSY PEREZ, LUIS ALBERTO ZUNGA, GONZALO ESQUIVEL, PATRICIA, CONDE, NORMA CONDE, RAFAEL SANCHEZ, ROSA QUINTANILLA, HECTOR SANCHEZ, ROSENDO LIEVANOS, MARIA DE LOURDES CRUZ, JOSE ELIAS NG, RICARDO GONZALO, CONCEPCION PEREZ, ELIZABETH LARA,MIGUEL CABALLERO, CARLOSDANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO,LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO DE LA CRUZ Individually and On Behalf of All Others Similarly Situated,** | § § |
| *Plaintiffs,* | § § § |
| v. | § § |
| **DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES** | § § § § |
| *Defendants.* | |

**CIVIL ACTION NO.: 7:23-cv-00343**

<u>**ORDER ON PLAINTIFF'S MOTION TO WITHDRAW AMENDED COMPLAINT**</u>

On this 28 day of *November* 2023, upon consideration of Plaintiff's Motion to withdraw Amended Complaint (DOCKET No. 7 filed 11/27/2023) , it is hereby ORDERED that Plaintiff's motion is

GRANTED _____

DENIED _____

Set for hearing on _____, at _____.

Signed this day, \_\_\_\_11/28/23_____ in Harris County, Texas.

By the Court:

_____
JUDGE PRESIDING