| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Juana Cruz, *et al.*

*Plaintiffs,*

*versus*

Delgar Foods, D/B/A Delia's

*Defendant.*

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NUMBER:
_____7:23-CV-00343_____

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c) .

Delgar Foods, LLC d/b/a Delia's
_____          _____


_____          _____


## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____          _____
Date                                                    United States District Judge

SDTX (consent mag) 7/13/98