IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQOEZ, MELESIO CRUZ, ANGELICA CHAVEZ OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ, LUIS ALBERTO ZUNGA, GONZALO ESQUIVEL, PATRICIA, CONDE, NORMA CONDE, RAFAEL SANCHEZ, ROSA QUINTANILLA, HECTOR SANCHEZ, ROSENDO LIEVANOS, MARIA DE LOURDES CRUZ, JOSE ELIAS NG, RICARDO GONZALO, CONCEPCION PEREZ, ELIZABETH LARA, MIGUEL CABALLERO, CARLOSDANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO DE LA CRUZ <br><br> *Plaintiffs*, <br><br> v. <br><br> DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: **7:23-cv-00343** |

## ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE

BEFORE THE COURT is the Plaintiffs Patricia Conde, Norma Conde and Gonzalo Esquivel Voluntary Dismissal. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court has reviewed the record and files herein, and is fully informed. According, it is hereby ORDERED :

Pursuant to Rule 41(a)(1)(A)(ii) this action to Patricia Conde, Norma Conde and Gonzalo Esquivel is hereby DISMISSED without prejudice.

Signed on _____

_____
JUDGE PRESIDING