United States District Court
Southern District of Texas
**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

**Cause Number:**   7:23-CV-343

**Style:**   Juana Cruz, et al. v. Delgar Foods, LLC d/b/a Delia's Tamales

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Douglas A'Hern | Juana Cruz, et al. |
| Richard Alamia | |
| William Stukenberg | Delgar Foods, LLC d/b/a Delia's Tamales |
| Stephen Quezada | |
| Lorena Del Pilar Valle | |

Date:   May 7, 2024            ERO:   Yes

Time:   10:00 – 10:25 a.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

By May 31, 2024, all parties shall fully comply with the undersigned's disclosure order, ECF No. 17. Disclosures shall be made in a separate document as to each individual Plaintiff. Plaintiffs shall supplement their declarations ordered on March 8, 2024. ECF No. 31. The parties shall confer and cooperate in formulating an optimal deposition schedule.

2

A separate scheduling order shall be entered.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____  
Peter Bray  
United States Magistrate Judge