# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS N.G, GABRIELA VELAZQUEZ, RICARDO GONZALEZ, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SAENZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, <br><br> *Plaintiffs,* <br><br> v. <br><br> DELGAR FOODS, LLC D/B/A DELIA'S <br><br> *Defendant.* | CASE NO.: 7:23-CV-00343 <br><br> JURY DEMANDED |

**Joint Stipulation of Dismissal with Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Patricia Conde-Gonzalez, Norma Conde Alaniz, Ricardo Gonzalo aka Ricardo Gonzalez, and Guillermo de la Cruz (jointly, "Plaintiffs") and Defendant Delgar Foods, LLC d/b/a Delia's file this Joint Stipulation of Dismissal, and stipulate as follows:

All claims that were or could have been asserted by Plaintiffs Patricia Conde-Gonzalez, Norma Conde Alaniz, Ricardo Gonzalo aka Ricardo Gonzalez, and Guillermo de la Cruz in this Civil Action are hereby dismissed **with prejudice** to refiling. Each party shall bear their own attorneys' fees and costs. The parties intend for this dismissal to be immediately effective without further Court order, as set forth in Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 17, 2024                            Respectfully submitted,

By: /s/
Dr. DOUGLAS A'HERN
State Bar No. 24069206
Federal ID No. 1456411
**A'HERN LAW GROUP PLLC**
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
douglas.a.ahern@gmail.com
**Co-Counsel for Plaintiffs**

and

Richard R. Alamia
State Bar No. 00964200
619 S. 12th Ave.
Edinburg, TX. 78539
(956) 381-5766 (phone)
(956) 381-5774 (fax)
Richard.alamia@yahoo.com
**Lead Counsel for Plaintiffs**

By: : */s/ William R. Stukenberg*
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
Lorena D. Valle
State Bar No. 24131729
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

And

*/s/ Stephen J. Quezada*
Stephen J. Quezada, Of Counsel
State Bar No. 24076195
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Dallas St., Ste 3000
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

Attorneys for Defendant DELGAR FOODS, LLC.
d/b/a DELIA'S

## Certificate of Service

I hereby certify that on May 17th, 2024, the above paper was served on all parties and counsel of record via the Clerk's CM/ECF system, as follows:

William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
Lorena D. Valle
State Bar No. 24131729
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas  77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Ste 3000
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

Attorneys for Defendant DELGAR FOODS, LLC. d/b/a DELIA'S

_____/s/_____
Dr. DOUGLAS A'HERN