IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQOEZ, MELESIO CRUZ, ANGELICA CHAVEZ OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ, LUIS ALBERTO ZUNGA, GONZALO ESQUIVEL, PATRICIA, CONDE, NORMA CONDE, RAFAEL SANCHEZ, ROSA QUINTANILLA, HECTOR SANCHEZ, ROSENDO LIEVANOS, MARIA DE LOURDES CRUZ, JOSE ELIAS NG, CONCEPCION PEREZ, ELIZABETH LARA, MIGUEL CABALLERO, CARLOSDANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO RUIZ<br><br>**Individually and On Behalf of All Others Similarly Situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES**<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO.: 7:23-cv-00343<br><br>**PLAINTIFFS MOTION TO SUBSTITUTE LEAD COUNSEL** |

Comes now Plaintiffs, herein and files this Plaintiffs' Motion to Substitute Counsel. Plaintiffs request the substitution of Ricardo Gonzalez of Oxford and Gonzalez: 124 S. 12th Ave. Edinburg, TX. 78539 in place of Douglas A'hern of A'Hern Law Group PLLC: 16516 El Camino Real # 349 Houston, TX. 77062. Douglas A'Hern has no objection to said motion based on his signature.

Respectfully submitted,

/s/ *[signature]*
Ricardo Gonzalez
124 S. 12th Ave.
Edinburg, TX. 78539
956-383-5654
ric@oxfordgonzalez.com

*[signature]*
_____
Douglas A'Hern

## Certificate of Service

I certify that a true and correct copy of this motion to substitute counsel was emailed to the following:

Lorena Valle
ivalle@porterhedges.com

William Stukenberg
wstukenberg@porterhedges.com

Stephen Quezada
stephen.quezada@ogletree.com

On this the 29th day of May 2024.