IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, GABRIELA VELAZQOEZ, MELESIO CRUZ, ANGELICA CHAVEZ OLGA PEREZ, MAURICIO SANCHEZ, JORGE MAULEON, HECTOR GONZALEZ, YESSY PEREZ, LUIS ALBERTO ZUNGA, GONZALO ESQUIVEL, PATRICIA, CONDE, NORMA CONDE, RAFAEL SANCHEZ, ROSA QUINTANILLA, HECTOR SANCHEZ, ROSENDO LIEVANOS, MARIA DE LOURDES CRUZ, JOSE ELIAS NG, CONCEPCION PEREZ, ELIZABETH LARA, MIGUEL CABALLERO, CARLOSDANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, GUILLERMO RUIZ **Individually and On Behalf of All Others Similarly Situated,** *Plaintiffs,* v. **DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES** *Defendants.* | § § § § § § § § § § § § § § CIVIL ACTION NO.: **7:23-cv-00343** |

## ORDER

Pending before the Court is Plaintiffs Motion to Substitute Lead Counsel in the above-captioned case. Plaintiffs Motion is hereby GRANTED and Ric Gonzalez is substituted as lead counsel for Plaintiffs with the express understanding that any settings and existing deadlines in this case remain in effect.

Attorney Douglas A'Hern is relieved of his duty to further represent Plaintiffs.

It is so **ORDERED**

Signed this ____ day of _____,2024

_____<br>JUDGE PRESIDING