# CURRICULUM VITAE

# RICARDO GONZALEZ

**Ricardo Gonzalez**, Mr. Gonzalez was born in Rio Grande City, Texas, May 29, 1959; Home - McAllen, Texas; admitted to bar, 1985, Texas; also admitted to practice before U. S. District Court, Southern District of Texas and Fifth Circuit Court of Appeals. Practiced in Edinburg for 35 years. Graduated from San Isidro High School (1977). Preparatory education, Texas A & I University (B.A., 1981); legal education, Texas Tech University (J.D., 1985).

Mr. Gonzalez is\was a member of the following organizations:

1. Member, Hidalgo County Bar Association;

2. Member, American Bar Associations;

3. Member, State Bar of Texas;

4. Former Member, Texas Trial Lawyers Association;

5. Member, Hidalgo County City Attorney's Association;

6. Former Member T.A.S.B. Attorney Section;

7. Former Member, Rio Grande Valley Trial Lawyers Association; and

8. TSTA and A.F.T. approved

**PRESENT COUNSEL FOR**: City of Alton, City of Granjeno and Hidalgo County Head Start Program.

**PREVIOUS COUNSEL FOR**: La Joya Teacher's Federal Credit Union; City of Palmview, Edinburg Consolidated Independent School District, La Joya I.S.D., City of Edinburg, City of Penitas, City of Sullivan City and interim Assistant City Attorney for City of Mission.

**SPECIAL COUNSEL FOR:** McAllen I.S.D. and San Juan Economic Development Corporation, City of La Villa and City of Falfurrias.

**SPECIAL HEARING OFFICER:** S.T.C.C. - 2003, McAllen Housing Authority 2006-2014, Edinburg Housing Authority and Southwest Community Investment Corporation.

Represented County of Hidalgo in 100s of Disciplinary Hearings before Hidalgo County Civil Service Commission. And in 3 Federal Lawsuits filed against Sheriff's Department.

Mr. Gonzalez has attended 1,000s of regular meetings and special meetings of the Cities of Alton, Edinburg, Granjeno, Palmview, Penitas, Sullivan City and ECISD and La Joya I.S.D. Mr. Gonzalez has attended numerous Municipal Law Seminars and School Law Conferences in representing and defending Governmental Entities and Representing Non-Profit Corporations (EDCs). Mr. Gonzalez has handled 100s Bankruptcies and Condemnation cases.

**Martindale Hubbell Rating "Distinguished" (Highest Professional Achievement).**

## LEGAL WORK EXPERIENCE

The law firm of Oxford & Gonzalez, written Appellee or Appellant's Brief in some cases before the following courts:

(1)   The Texas Supreme Court;

(2)   The Texas Court of Appeals (Corpus Christi, Edinburg and San Antonio); and

(3)   Fifth Circuit Court of Appeals (New Orleans).

Some case opinions have been published including **City of McAllen v. Garza**, 869 S. W. 2d 558 (Corpus Christi App., W. D.), in which Oxford & Gonzalez represented the winning side.

GOVERNMENTAL ENTITIES CURRENTLY REPRESENTED OR REPRESENTED IN THE PAST:

**City Attorneys for the CITY OF ALTON 1979 to 1985 and 2005 to present.**
**City Attorneys for the CITY OF PALMVIEW 1984 to 1995.**
**City Attorneys for the CITY OF EDINBURG 1999 to 2003; 2007 to 2009; and 2017 to 2018.**
**Assistant City Attorney for City of Mission (2019)**
**City Attorneys for the CITY OF PENITAS 1996 to 2015.**
**City Attorneys for the CITY OF GRANJENO 1993 to Present.**
**City Attorneys for the CITY OF SULLIVAN CITY 2009 to 2017**
**Attorneys for the HIDALGO COUNTY HEADSTART 2000 to Present.**
**Attorneys for Hidalgo County Judge regarding LOWER RIO GRANDE VALLEY WORKFORCE BOARD 2002**
**Contract work, Edinburg Housing Authority 2002 and 2005-2007 (Contact Estella Trevino)**

McAllen Independent School District Special Counsel 2002 to 2003
San Juan Economic Development Corporation, Special Counsel
Defense counsel in Alvarado, et. al. vs Edcouch Elsa Consolidated Independent School District (2006).
Special Counsel for Precinct #5 Constable Walo Bazan – Leal vs Hidalgo County.

### ANY OTHER EXPERIENCE WITH GOVERNMENTAL ENTITIES

School Attorneys for Edinburg Consolidated Independent School District 1992 to 1996 and 2000 to 2002
School Attorneys for La Joya Independent School District 1976 to 1988 (Mr. Gonzalez 1985-1988)
City of Edinburg, Municipal Prosecutor 1999 to 2003 and 2007 to 2009
McAllen Housing Authority Hearings Officer (2006-2013)
Oxford & Gonzalez assisted the City of Alton (2006) and City of Penitas transition for General Law City to Home Rule.

### OTHER QUALIFICATIONS

Our law firm has extensive experience in each of the items mentioned in this Statement of Qualifications.

**OPEN MEETINGS ACT (OMA):** OXFORD & GONZALEZ is responsible for seeing that all of the provisions of the OMA are carried out, and that cases interpreting the Act are put into effect. The law firm is careful to make sure that executive sessions comply with the letter of the law since the Courts have ruled that the Open Meetings Act requires literal compliance, and not simply constructive compliance.

**ATTORNEY OPINIONS:** The law firm of OXFORD & GONZALEZ has written 100s legal opinions for Governmental Entities.

OXFORD & GONZALEZ has represented cities, schools and private clients and other clients in election contests and election lawsuits beginning in 1985 to present.

**ATTORNEY GENERAL OFFICE:** OXFORD & GONZALEZ deals with the Attorney General's Office on open records requests, (Public Information Act) questions about the Open Meetings Act itself, and in areas where the interpretation of certain actions is needed. The law firm corresponds with the Opinions Division of the Attorney General's office on a regular basis.

**DISTRICT ATTORNEY:** OXFORD & GONZALEZ has actively worked with the District Attorney's office in seeing that crimes committed against its governmental clients are prosecuted and that its governmental clients are represented in all criminal investigations.

**PURCHASING LAW**:   OXFORD & GONZALEZ works with the purchasing agent whenever there is any question on the purchasing law.  This generally involves such questions as -- What is the lowest responsible and best qualified bid? -- Which bid is most advantageous bid? -- Can a bid be accepted that is not the lowest? --  What are the requirements for bid specifications?

**EMPLOYMENT LAW**:   OXFORD & GONZALEZ  has litigated all sides of employment issues.   The law firm has represented its governmental clients, in termination cases, and in insuring that whistle-blower cases are kept at a minimum. The law firm also actively works with governmental clients in preventive legal medicine in this area.   The law firm has actively supported the implementation of an aggressive sexual harassment policy.   The law firm drafted the City of Edinburg current personnel policy manual.

**GOVERNMENT IMMUNITY LAWS**: OXFORD & GONZALEZ actively seeks government immunity on behalf of its  clients whenever this defense is available.  The law firm has litigated this defense both in State and Federal Court.  The law firm also counsels its governmental entities on how they can easily lose their governmental immunity.

**OTHER RELEVANT AREAS**:   OXFORD & GONZALEZ is a pro-active law firm when it comes to assisting its governmental clients.  This means that the law firm works to avoid legal problems in the first place.  This involves a number of basic principles. First: the law firm, like every other employee of a governmental entity, must be dedicated to the proposition that its employer is always given correct, responsive and good legal advice.  Second: The law firm will assists the client whenever possible, in avoiding legal problems.   The law firm will advise the Board of the Entity and Department Heads clear and concise terms whenever they think that there are problem areas.   The law firm also advised its Board in executive session, when they think that there is some activity or some legal mis-step which has been made.