# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA Individually,<br>    *Plaintiffs*,<br><br>v.<br><br>DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES<br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.:<br>7:23-cv-00343<br><br><br><br><br><br><br><br><br><br><br><br>**JURY DEMANDED** |

## NOTICE OF ATTORNEY VACATION AND UNAVAILABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel gives notice to the Court of his impending vacation and unavailability. Mr. Gonzalez will be on vacation on the following dates:

- August 15, 2024 through September 1, 2024.

Mr. Gonzalez respectfully requests that the Court and all parties in this cause refrain from setting hearings in this matter during that time.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel prays that the foregoing notice be reflected in the Court's and all parties' records and that no hearings be scheduled during Mr. Gonzalez's vacation and/or on days he is unavailable.

Respectfully submitted,

 /s/ Ricardo Gonzalez
Ricardo Gonzalez
State Bar No. 08131490
Oxford & Gonzalez
124 S. 12th Ave.
Edinburg, TX. 78539
Phone: (956) 383-5654
Fax: (956) 381-0002
E-mail: ric@oxfordgonzalez.com

Richard Rene Alamia
Richard R. Alamia Attorney at Law
619 S. 12th Ave.(Main Office) 78539
Edinburg, TX 78539
Phone: (956) 381-5766
Fax: (956) 381-5774
E-mail: richard.alamia@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that on August 14, 2024, a true and correct copy of this Notice of Attorney Vacation and Unavailability was served upon all interested parties via CM/ECF to the following:

Lorena Valle
ivalle@porterhedges.com
lalaniz@porterhedges.com

William Stukenberg
wstukenberg@porterhedges.com

Stephen Quezada
Stephen.quezada@ogletree.com

                                                 */s/ Ricardo Gonzalez*
                                                 Ricardo Gonzalez