IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNGIA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA** Individually,<br>  *Plaintiffs*, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO.:**<br>**7:23-cv-00343** |
| v. | § § | **JURY DEMANDED** |
| **DELGAR FOODS, INC D/B/A/ DELIA'S TAMALES**<br>  *Defendants*. | § § § § | |

**ORDER ON PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

1

Before this Court is Plaintiffs' Opposed Motion for Leave to File Second Amended Complaint in the above-captioned case.

Plaintiffs' proposed changes to Plaintiffs' Complaint are to amend the pleadings and to add DELIA GARZA INDIVIDUALLY, and to add an additional cause of action pursuant to 18 U.S.C. § 1962.

After considering Plaintiffs' motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore ORDERED that Plaintiffs' Opposed Motion for Leave to File Second Amended Complaint is hereby GRANTED.

The Clerk of this Court is instructed to file Plaintiffs' Second Amended Complaint as a separate filing and entitle same "Plaintiffs' Second Amended Complaint."

Signed this ____ day of _____, 2024

_____
JUDGE PRESIDING