# Exhibit C

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       MCALLEN DIVISION
 3    JUANA CRUZ, OFELIA            )
      BENAVIDES, JOSE ELIAS N.G,    )
 4    GABRIELA VELAZQUEZ,           )
      RICARDO GONZALEZ, HELESIO     )
 5    CRUZ, ANGELICA CHAVEZ,        )
      CONCEPCION PEREZ, OLGA        )
 6    PEREZ, MAVRIGO SAENZ,         )
      JORGE MAOLEON, HECTOR         )
 7    SANCHEZ, HECTOR GONZALEZ,     )
      YESSY PEREZ-MARTINEZ,         )
 8    MARIA DE LOURDES CRUZ,        )
      RESENDO LIEVANOS,             )
 9    ELIZABETH LARA, LUIS          )     CIVIL ACTION
      ALBERTO ZUNIGIA-CASTILLO,     )   NO. 7:23-CV-00343
10    MIGUEL CABALLERO SANCHEZ,     )
      GUILLERMO DE LA               )
11    CRUZ-MENDOZA, CARLOS          )     JURY DEMANDED
      DANIEL LOPEZ, GILDA RIVAS,    )
12    ARMANDO MORALES DE LLANO,     )
      LAZARO GARCIA, MARIA DE       )
13    JESUS MEDINA, RICARDO         )
      ESQUIVEL, RAFAEL SANCHEZ,     )
14    GUILLERMO RUIZ, ROSA          )
      QUINTANILLA,                  )
15                                  )
                 PLAINTIFFS,        )
16                                  )
      VS.                           )
17                                  )
      DELGAR FOODS LLC A/K/A        )
18    DELIA'S TAMALES,              )
                                    )
19               DEFENDANT.         )
20
      *********************************************************
21                       ORAL DEPOSITION OF
22                        ELIAS GUTIERREZ
23                         June 28, 2024
24    *********************************************************
25
                                                          Page 1
```

1           ORAL DEPOSITION of ELIAS GUTIERREZ, produced
2   as a witness at the instance of the Defendant, and duly
3   sworn, was taken in the above-styled and numbered cause
4   on the 28th day of June, 2024, from 9:01 a.m. to
5   10:19 a.m. before Anica Diaz, CSR, RPR, CRR, in and for
6   the State of Texas, reported by machine shorthand, at
7   the Law Offices of Ricardo Gonzalez, 124 South 12th
8   Avenue, Edinburg, Texas, pursuant to the Federal Rules
9   of Civil Procedure and the provisions stated on the
10  record or attached.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                   A P P E A R A N C E S
 2    COUNSEL FOR THE PLAINTIFFS:
 3            MR. RICARDO GONZALEZ
              OXFORD & GONZALEZ
 4            124 South 12th Avenue
              Edinburg, Texas 78539
 5            Tel: (956) 383-5654
              ric@oxfordandgonzalez.com
 6
 7    COUNSEL FOR DEFENDANT:
 8            MR. STEPHEN J. QUEZADA
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 9            500 Dallas Street, Suite 3000
              Houston, Texas 77002
10            Tel: (713) 655-5757
              stephen.quezada@ogletree.com
11
              MS. LORENA D. VALLE
12            PORTER HEDGES, LLP
              1000 Main Street, 36th Floor
13            Houston, Texas 77002-6341
              Tel: (713) 226-6000
14            lvalle@porterhedges.com
15            MS. ELIZABETH SANDOVAL CANTU
              RAMON WORTHINGTON NICOLAS & CANTU, PLLC
16            1506 South Lone Star Way, Suite 5
              Edinburg, Texas 78539
17            Tel: (945) 294-4800
              ecantu@ramonworthington.com
18
19    ALSO PRESENT:
20            Mr. Luis Gonzalez, Interpreter
              Mr. Rosendo Lievanos, Plaintiff
21            Mr. Luis Zuniga, Plaintiff
              Ms. Olga Perez, Plaintiff
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2                                                    PAGE
 3     Appearances......................................  03
 4     Exhibits.........................................  04
 5
       ELIAS GUTIERREZ
 6
           Examination by Mr. Quezada..................  05
 7
 8     Changes and Signature............................  41
 9     Reporter's Certificate...........................  43
10
11
12
13                    E X H I B I T S
                                                      PAGE
14
       Defendant's Exhibit No. 1
15         Questionnaire Filled out by
           Elias Gutierrez......................  30
16
17
18
19
20
21
22
23
24
25
```

1      A.   Yes.
2      Q.   Okay.  But as far as what you'll be asking the
3  court or the jury to award you, do you have any idea
4  what that might be?
5      A.   I have no clue.
6      Q.   Do you know, sir, whether -- do you know Delia
7  Garza or Delia Ludin.
8      A.   Yes.
9      Q.   Do you know whether she set your -- do you know
10 whether she made the decision to hire you?
11     A.   No.   I don't know if she hired me.
12     Q.   Do you know if she made the decision about your
13 hourly rate, or bonus, or benefits?
14     A.   We do know she's the one that decides the
15 bonuses.
16     Q.   And how do you know that?
17     A.   Because she would turn into our supervisor, and
18 then she would make a gathering, a feast for us, and she
19 was there.
20     Q.   But do you know if she actually sat down and
21 looked at a list of employees and said, this employee
22 gets $500, this employee gets $1,000, anything like
23 that?
24     A.   No, not that.
25     Q.   Do you know if she made the decision to

1    terminate your employment?
2         A.   No.
3         Q.   Do you know if she made the decision -- well,
4    you -- you testified earlier that you received a pay
5    raise, correct?
6         A.   Yes.  It was increased, but I do not know if
7    she was the one that took that decision to increase my
8    pay raise.
9         Q.   And, to your knowledge, you don't know whether
10   she made any of those decisions that we've discussed as
11   to any employee, do you?
12        A.   No, I wouldn't be able to tell you.
13        Q.   And you never saw Ms. Delia at the restaurant
14   there supervising the day-to-day work, and the
15   day-to-day production, true?
16        A.   Yes, I would see her.
17        Q.   You would see her there telling employees how
18   to run the business and how to cook?
19        A.   No, she'd go.  Not every day, but she'd go
20   every week to the business on 10th Street and
21   just -- she would just be seeing how everything was
22   running.
23        Q.   So she'd just be there observing?
24        A.   Yes.
25        Q.   Mr. Gutierrez, are you on the group chat that

Page 33

```
 1    account?
 2         A.   No.
 3         Q.   What would you do with it?
 4         A.   I would cash it.
 5         Q.   And sitting here today, do you have a bank
 6    account?
 7         A.   No.
 8         Q.   Do you have any receipts or records from the
 9    cashing?
10         A.   I mean, I have my pay stubs I keep that when I
11    cash the check.
12         Q.   And where do you keep the pay stubs?
13         A.   They're all stored together at my house.
14         Q.   Have you provided those to your attorneys?
15         A.   No.
16         Q.   And why is that?
17         A.   They haven't asked for them.
18         Q.   An allegation in this case is that Delia's was
19    keeping two sets of books.  Do you -- are you aware of
20    that allegation?
21              THE INTERPRETER:  May the question be
22    repeated please?
23              MR. QUEZADA:  Sure.
24         Q.   (By Mr. Quezada)  An allegation in this case is
25    that Delia's was keeping two sets of books.  Are you
```

Page 24

1    aware of that allegation?
2         A.   I don't know if there was two different
3    bookkeeping.
4         Q.   You received a bonus from Delia's?
5         A.   Yes.
6         Q.   And about how much would that bonus be?
7         A.   $500 every year.
8         Q.   And when would you get that?
9         A.   January.  I don't remember the day.
10        Q.   And did you get that every year that you worked
11   at Delia's?
12        A.   Yes.
13        Q.   For how long were you unemployed after your
14   employment with Delia's was terminated?
15        A.   Two months.
16        Q.   And during those two months did you receive any
17   monies of any kind from any source?
18        A.   No.
19        Q.   So you are currently employed?
20        A.   I work for a freight forwarding company.
21        Q.   Freight forwarding?
22        A.   Yes.
23        Q.   And what's the name of the company?
24        A.   AB.
25        Q.   The letter A, the letter B?

Page 25