# Exhibit F

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                         MCALLEN DIVISION
 3      JUANA CRUZ, OFELIA            )
        BENAVIDES, JOSE ELIAS         )
 4      N.G, GABRIELA VELAZQUEZ,      )
        HELESIO CRUZ, ANGELICA        )
 5      CHAVEZ, CONCEPCION PEREZ,     )
        OLGA PEREZ, MAVRIGO           )
 6      SAENZ, JORGE MAOLEON,         )
        HECTOR SANCHEZ, HECTOR        )
 7      GONZALEZ, YESSY PEREZ         )
        MARTINEZ, MARIA DE            )
 8      LOURDES CRUZ, RESENDO         )
        LIEVANOS, ELIZABETH LARA,     )
 9      LUIS ALBERTO ZUNIGIA          )
        CASTILLO, MIGUEL              )
10      CABALLERO SANCHEZ, CARLOS     )  CASE NO: 7:23-CV-00343
        DANIEL LOPEZ, GILDA           )
11      RIVAS, ARMANDO MORALES DE     )     JURY DEMANDED
        LLANO, LAZARO GARCIA,         )
12      MARIA DE JESUS MEDINA,        )
        RICHARD ESQUIVEL, RAFAEL      )
13      SANCHEZ, GUILLERMO RUIZ,      )
        ROSA QUINTANILLA,             )
14                                    )
                       PLAINTIFFS,    )
15                                    )
        VS.                           )
16                                    )
        DELGAR FOODS, LLC A/K/A       )
17      DELIA'S TAMALES,              )
                                      )
18                     DEFENDANT.     )
        **********************************************************
19                       ORAL DEPOSITION OF
20                           OLGA PEREZ
21                          June 26, 2024
        **********************************************************
23               ORAL DEPOSITION of OLGA PEREZ, produced
24      as a witness at the instance of the Defendant, and duly
25      sworn, was taken in the above-styled and numbered cause
```

Page 1

1  on the 26th day of June 2024, from 10:48 a.m. to
2  1:59 p.m., before Priscilla R. Maldonado, CSR, in and
3  for the State of Texas, reported by machine shorthand,
4  at the Law Offices of Ricardo Gonzalez, 124 S. 12th Ave,
5  Edinburg, Texas, pursuant to the Federal Rules of Civil
6  Procedure and the provisions stated on the record or
7  attached.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    A P P E A R A N C E S
 2   COUNSEL FOR THE PLAINTIFFS:
 3         RICARDO GONZALEZ
           OXFORD & GONZALEZ
 4         124 SOUTH 12TH AVENUE
           EDINBURG, TEXAS 78539
 5         Tel: 956-383-5654
           RIC@OXFORDGONZALEZ.COM
 6
 7   COUNSEL FOR THE DEFENDANT:
 8         STEPHEN J. QUEZADA
           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 9         500 DALLAS ST., STE 3000
           HOUSTON, TEXAS 77002
10         Tel: 713-655-5757
           STEPHEN.QUEZADA@OGLETREE.COM
11
           LORENA D. VALLE
12         PORTER HEDGES LLP
           1000 MAIN STREET, 36TH FLOOR
13         HOUSTON, TEXAS 77002-6341
           Tel: 713-226-6000
14         LVALLE@PORTERHEDGES.COM
15         ELIZABETH SANDOVAL CANTU
           RAMON WORTHINGTON NICOLAS & CANTU, PLLC
16         1506 SOUTH LONE STAR WAY, SUITE 5
           EDINBURG, TEXAS 78539
17         Tel:  945-294-4800
           ECANTU@RAMONWORTHINGTON.COM
18
19   ALSO PRESENT:
20         NICOLAS GIBLER, INTERPRETER
           MIGUEL CABALLERO, PLAINTIFF
21         LUIS ZUNIGA, PLAINTIFF
           ARMANDO MORALES DE LLANO, PLAINTIFF
22
23
24
25
```

```
 1                              INDEX
 2                                                          PAGE
 3    Appearances....................................    3
 4    OLGA PEREZ
 5         Examination By Mr. Quezada...............    4
 6    Changes and Signature..........................   81
 7    Reporter's Certification.......................   83
 8
 9                             EXHIBITS
10    NUMBER      DESCRIPTION                              PAGE
11    Exhibit 1   Declaration                                75
12    Exhibit 2   Document                                   79
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  Q. Okay. There's an allegation in this case about
2  Delia's keeping two sets of books. Are you aware of
3  that allegation?
4  A. No.
5  Q. Do you know if Delia's used two sets of books?
6  A. No. I do not know about that.
7  Q. Okay. Do you know if -- well, do you know who
8  Delia Garza or Delia Lubin is?
9  A. Delia Lubin is Ms. Delia, the one from Delia's
10 Tamales.
11 Q. Correct. Yes. Do you know -- can we call her
12 Ms. Delia?
13 A. Yeah. Yes.
14 Q. Do you know if Ms. Delia set your pay?
15 A. I don't know.
16 Q. Do you know if Ms. Delia made any decisions
17 about your employment at all?
18 A. No. I do not know.
19 Q. Do you know if Ms. Delia made any decisions
20 about anything with regard to how you did your job, or
21 what your duties were?
22 A. Give me that again?
23 Q. Yeah. Do you know if Ms. Delia made any
24 decisions about what job duties you were to do?
25 A. Well, I would imagine that did not -- that she

```
 1    did not make those decisions, but she has her employees
 2    that probably make those decisions for her, like her
 3    managers and supervisors.
 4         Q.   Okay.  Sitting here today, you can't tell us
 5    that Ms. Delia made those decisions about you?
 6         A.   No.  I do not know.
 7         Q.   I'd like to go back to the skin condition if I
 8    could for just one moment.  You never made any claim for
 9    workers' compensation while working for Delia's, right?
10         A.   No.
11         Q.   And nobody ever said that you couldn't -- or
12    that you shouldn't; is that right?
13         A.   No.
14         Q.   Nobody said that, correct?
15         A.   No.
16         Q.   Yes, it's correct?
17         A.   Yes.  It's correct.  Nobody told me that.
18         Q.   Okay.  Got it.  What damages are you asking for
19    in this lawsuit?
20         A.   I'm not claiming any damages, my lawyer is in
21    charge of that.
22         Q.   Fair enough.  For how long after you were
23    separated from Delia's, were you unemployed?
24         A.   Two weeks.
25         Q.   And during those two weeks, did you receive any
```

Page 58

1   Q.  Okay.  There's an allegation in this case about
2   Delia's keeping two sets of books.  Are you aware of
3   that allegation?
4   A.  No.
5   Q.  Do you know if Delia's used two sets of books?
6   A.  No.  I do not know about that.
7   Q.  Okay.  Do you know if -- well, do you know who
8   Delia Garza or Delia Lubin is?
9   A.  Delia Lubin is Ms. Delia, the one from Delia's
10  Tamales.
11  Q.  Correct.  Yes.  Do you know -- can we call her
12  Ms. Delia?
13  A.  Yeah.  Yes.
14  Q.  Do you know if Ms. Delia set your pay?
15  A.  I don't know.
16  Q.  Do you know if Ms. Delia made any decisions
17  about your employment at all?
18  A.  No.  I do not know.
19  Q.  Do you know if Ms. Delia made any decisions
20  about anything with regard to how you did your job, or
21  what your duties were?
22  A.  Give me that again?
23  Q.  Yeah.  Do you know if Ms. Delia made any
24  decisions about what job duties you were to do?
25  A.  Well, I would imagine that did not -- that she