# Exhibit G

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                         MCALLEN DIVISION
 3    JUANA CRUZ, OFELIA              )
      BENAVIDES, JOSE ELIAS N.G,      )
 4    GABRIELA VELAZQUEZ, RICARDO     )
      GONZALEZ, HELESIO CRUZ,         )
 5    ANGELICA CHAVEZ, CONCEPCION     )
      PEREZ, OLGA PEREZ, MAVRIGO      )
 6    SAENZ, JORGE MAOLEON, HECTOR    )
      SANCHEZ, HECTOR GONZALEZ,       )
 7    YESSY PEREZ-MARTINEZ, MARIA     )
      DE LOURDES CRUZ, RESENDO        )
 8    LIEVANOS, ELIZABETH LARA,       )
      LUIS ALBERTO                    )        CIVIL ACTION
 9    ZUNIGIA-CASTILLO, MIGUEL        )     NO. 7:23-CV-00343
      CABALLERO SANCHEZ, GUILLERMO    )
10    DE LA CRUZ-MENDOZA, CARLOS      )
      DANIEL LOPEZ, GILDA RIVAS,      )       JURY DEMANDED
11    ARMANDO MORALES DE LLANO,       )
      LAZARO GARCIA, MARIA DE         )
12    JESUS MEDINA, RICARDO           )
      ESQUIVEL, RAFAEL SANCHEZ,       )
13    GUILLERMO RUIZ, ROSA            )
      QUINTANILLA,                    )
14                                    )
                  PLAINTIFFS,         )
15                                    )
      VS.                             )
16                                    )
      DELGAR FOODS LLC A/K/A          )
17    DELIA'S TAMALES,                )
                                      )
18                DEFENDANT.          )
19
      *********************************************************
20                     ORAL DEPOSITION OF
21                        LUIS ZUNIGA
22                       June 28, 2024
23    *********************************************************
24
25
```

Page 1

```
 1           ORAL DEPOSITION of LUIS ZUNIGA, produced as a
 2   witness at the instance of the Defendant, and duly
 3   sworn, was taken in the above-styled and numbered cause
 4   on the 28th day of June, 2024, from 10:26 a.m. to
 5   12:12 p.m., before Anica Diaz, CSR, RPR, CRR, in and for
 6   the State of Texas, reported by machine shorthand, at
 7   the Law Offices of Ricardo Gonzalez, 124 South 12th
 8   Avenue, Edinburg, Texas, pursuant to the Federal Rules
 9   of Civil Procedure and the provisions stated on the
10   record or attached.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                   A P P E A R A N C E S
 2   COUNSEL FOR THE PLAINTIFFS:
 3           MR. RICARDO GONZALEZ
             OXFORD & GONZALEZ
 4           124 South 12th Avenue
             Edinburg, Texas 78539
 5           Tel: (956) 383-5654
             ric@oxfordandgonzalez.com
 6
 7   COUNSEL FOR THE DEFENDANT:
 8           MR. STEPHEN J. QUEZADA
             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 9           500 Dallas Street, Suite 3000
             Houston, Texas 77002
10           Tel: (713) 655-5757
             stephen.quezada@ogletree.com
11
             MS. LORENA D. VALLE
12           PORTER HEDGES, LLP
             1000 Main Street, 36th Floor
13           Houston, Texas 77002-6341
             Tel: (713) 226-6000
14           lvalle@porterhedges.com
15           MS. ELIZABETH SANDOVAL CANTU
             RAMON WORTHINGTON NICOLAS & CANTU, PLLC
16           1506 South Lone Star Way, Suite 5
             Edinburg, Texas 78539
17           Tel: (945) 294-4800
             ecantu@ramonworthington.com
18
19   ALSO PRESENT:
20           Mr. Luis Gonzalez, Interpreter
             Mr. Rosendo Lievanos, Plaintiff
21           Ms. Olga Perez, Plaintiff
22
23
24
25
```

```
1                        I N D E X
2                                                        PAGE
3    Appearances.......................................   03
4    Exhibits..........................................   04
5
     LUIS ZUNIGA
6
           Examination by Mr. Quezada..................   05
7
8    Changes and Signature.............................   49
9    Reporter's Certificate............................   51
10
11
12
13
14
                         E X H I B I T S
15                                                       PAGE
16   Defendant's Exhibit No. 1
              Questionnaire Filled out by
17            Luis Zuniga.............................   32
18   Defendant's Exhibit No. 2
              Affidavit of Luis Zuniga................   33
19
20
21
22
23
24
25
                                                    Page 4
```

```
 1          Q.   Were you familiar with or did you ever have to
 2    use the point of sales system at the store?
 3          A.   No.
 4          Q.   Sir, in terms of damages from this lawsuit,
 5    what are you asking for?
 6          A.   Well, that it was many hours that I worked.
 7          Q.   Okay.
 8          A.   We would work 80 to 90 hours all year.
 9          Q.   Do you know who set your pay at Delia's?
10          A.   No.
11          Q.   Do you know who made the decision to hire you?
12          A.   No.
13          Q.   Do you know who made the decision to terminate
14    your employee -- your employment, excuse me.
15          A.   No.
16          Q.   Do you know who made the decision to promote
17    you to manager?
18          A.   No.
19          Q.   Do you know who made the decision to set your
20    pay?
21          A.   No.
22          Q.   Do you know who made the decision to give you
23    raises?
24          A.   No.
25          Q.   Do you know who made the decision as to the
```

```
 1    amounts of your bonuses?
 2          A.   No.
 3          Q.   Do you know who made the decisions about what
 4    benefits to offer you?
 5          A.   No.
 6          Q.   Were you ever written up or suspended by the
 7    company?
 8          A.   No.
 9          Q.   And is that because you followed all of the
10    policies and procedures of Delia's?
11          A.   Yes.
12          Q.   Your annual salary, including your bonus, I
13    believe was -- give me just a second.
14          A.   Okay.
15          Q.   Was about 75, $76,000 per year; is that right?
16          A.   I've never added up.  I've never added the
17    numbers.
18          Q.   Okay.  Does that sound wrong to you?
19          A.   It's fine.
20          Q.   Okay.  And let me just clarify -- (Mr. Quezada
21    continues in Spanish) -- not so much that if it sounds
22    bad, but does it sound incorrect?  (Mr. Quezada
23    continues in Spanish.)
24          A.   No, it's fine.
25          Q.   Okay.  Sir, you've heard some discussion about
```

Page 41