UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civ. A. No. 7:23-CV-343 |
| **DELGAR FOODS, LLC D/B/A DELIA'S TAMALES,** | § § § § | |
| *Defendant.* | § § | |

**Order on Plaintiffs' Opposed Motion
for Leave to File Second Amended Complaint**

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint. Dkt. No. 44. After considering the Motion, the Response, and Reply, and all other relevant papers, the Court is of the opinion that the Motion should be, and therefore is, in all things **DENIED**.

It is so **ORDERED**.

Signed at Houston, Texas, on _____.

Peter Bray
United States Magistrate Judge