```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      MCALLEN DIVISION
 3     JUANA CRUZ, OFELIA             )
       BENAVIDES, JOSE ELIAS N.G,     )
 4     GABRIELA VELAZQUEZ, RICARDO    )
       GONZALEZ, HELESIO CRUZ,        )
 5     ANGELICA CHAVEZ, CONCEPCION    )
       PEREZ, OLGA PEREZ, MAVRIGO     )
 6     SAENZ, JORGE MAOLEON, HECTOR   )
       SANCHEZ, HECTOR GONZALEZ,      )
 7     YESSY PEREZ-MARTINEZ, MARIA    )
       DE LOURDES CRUZ, RESENDO       )
 8     LIEVANOS, ELIZABETH LARA,      )
       LUIS ALBERTO                   )      CIVIL ACTION
 9     ZUNIGIA-CASTILLO, MIGUEL       )  NO. 7:23-CV-00343
       CABALLERO SANCHEZ, GUILLERMO   )
10     DE LA CRUZ-MENDOZA, CARLOS     )
       DANIEL LOPEZ, GILDA RIVAS,     )      JURY DEMANDED
11     ARMANDO MORALES DE LLANO,      )
       LAZARO GARCIA, MARIA DE        )
12     JESUS MEDINA, RICARDO          )
       ESQUIVEL, RAFAEL SANCHEZ,      )
13     GUILLERMO RUIZ, ROSA           )
       QUINTANILLA,                   )
14                                    )
                   PLAINTIFFS,        )
15                                    )
       VS.                            )
16                                    )
       DELGAR FOODS LLC A/K/A         )
17     DELIA'S TAMALES,               )
                                      )
18                 DEFENDANT.         )
19
       ********************************************************
20                    ORAL DEPOSITION OF
21                      LUIS ZUNIGA
22                    June 28, 2024
23     ********************************************************
24
25


                                             Page 1
```

EXHIBIT

A-4

1  ORAL DEPOSITION of LUIS ZUNIGA, produced as a
2  witness at the instance of the Defendant, and duly
3  sworn, was taken in the above-styled and numbered cause
4  on the 28th day of June, 2024, from 10:26 a.m. to
5  12:12 p.m., before Anica Diaz, CSR, RPR, CRR, in and for
6  the State of Texas, reported by machine shorthand, at
7  the Law Offices of Ricardo Gonzalez, 124 South 12th
8  Avenue, Edinburg, Texas, pursuant to the Federal Rules
9  of Civil Procedure and the provisions stated on the
10  record or attached.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2

---

       I N D E X
                    PAGE
Appearances......................................   03
Exhibits..........................................   04

LUIS ZUNIGA

     Examination by Mr. Quezada.................   05

Changes and Signature...........................   49
Reporter's Certificate........................   51

     E X H I B I T S
                    PAGE
Defendant's Exhibit No. 1
     Questionnaire Filled out by
     Luis Zuniga.........................   32
Defendant's Exhibit No. 2
     Affidavit of Luis Zuniga..............   33

Page 4

---

1  A P P E A R A N C E S
2  COUNSEL FOR THE PLAINTIFFS:
3    MR. RICARDO GONZALEZ
     OXFORD & GONZALEZ
4    124 South 12th Avenue
     Edinburg, Texas 78539
5    Tel: (956) 383-5654
     ric@oxfordandgonzalez.com
6
7  COUNSEL FOR THE DEFENDANT:
8    MR. STEPHEN J. QUEZADA
     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
9    500 Dallas Street, Suite 3000
     Houston, Texas 77002
10   Tel: (713) 655-5757
     stephen.quezada@ogletree.com
11
     MS. LORENA D. VALLE
12   PORTER HEDGES, LLP
     1000 Main Street, 36th Floor
13   Houston, Texas 77002-6341
     Tel: (713) 226-6000
14   lvalle@porterhedges.com
15   MS. ELIZABETH SANDOVAL CANTU
     RAMON WORTHINGTON NICOLAS & CANTU, PLLC
16   1506 South Lone Star Way, Suite 5
     Edinburg, Texas 78539
17   Tel: (945) 294-4800
     ecantu@ramonworthington.com
18
19  ALSO PRESENT:
20   Mr. Luis Gonzalez, Interpreter
     Mr. Rosendo Lievanos, Plaintiff
21   Ms. Olga Perez, Plaintiff
22
23
24
25

Page 3

---

1        P R O C E E D I N G S
2        (Proceedings began at 10:26 a.m.)
3        (Per agreement of all counsel, Federal
4  Rule 30(b)(5) Read-On was waived.)
5        THE REPORTER:  On the record at 10:26 a.m.
6        (Interpreter and Witness were sworn in.)
7        LUIS ZUNIGA,
8  having been duly sworn, testified through an Interpreter
9  as follows:
10        EXAMINATION
11  BY MR. QUEZADA:
12   Q.  Good morning, Mr. Zuniga.
13   A.  Good morning.
14   Q.  My name is Stephen Quezada.  I'm an attorney
15  representing Delgar Foods, L.L.C. in this lawsuit.
16  Okay?
17   A.  Okay.
18   Q.  And Delgar Foods goes by the d/b/a name of
19  Delia's Tamales.
20   A.  Yes.
21   Q.  And are you okay if today when I refer to the
22  Defendant in this case as Delia's, and you understand
23  that I mean Delgar?
24   A.  Yes.
25   Q.  And even though we're in your attorney's

Page 5

---

2 (Pages 2 - 5)

| | |
|---|---|
| 1   Q.  So it's the same phone for nine years? | 1   A.  No.  Before it was with Compass. |
| 2   A.  I've had this phone for about three years. | 2   Q.  Would you ever cash any of your paychecks? |
| 3   Q.  What did you do to prepare for today's | 3   A.  No. |
| 4  deposition? | 4   Q.  Even though you received direct deposit, you |
| 5   A.  Nothing. | 5  still received a pay stub? |
| 6   Q.  You didn't review any documents? | 6   A.  Yes. |
| 7   A.  No. | 7   Q.  And how would you receive those? |
| 8   Q.  You didn't -- have you spoken to anyone about | 8   A.  May the question be repeated. |
| 9  today's deposition? | 9   Q.  Yes, sir.  Thank you for asking. |
| 10   A.  No. | 10      How would you receive the pay stub? |
| 11   Q.  Can you tell us, sir, what's the highest level | 11   A.  In an envelope. |
| 12  of education you achieved? | 12   Q.  And in the envelope would just be the pay stub, |
| 13   A.  Primary school, that's all. | 13  correct? |
| 14   Q.  And primary school, is that -- what's | 14   A.  Yes. |
| 15  the -- that was in Mexico? | 15   Q.  And what would you do with those pay stubs once |
| 16   A.  Yes. | 16  you received them? |
| 17   Q.  What would be the United States equivalent? | 17   A.  Sometimes I'd store it. |
| 18   A.  Well, we have six years in Mexico.  I don't | 18   Q.  Do you have any pay stubs from Delia's? |
| 19  know how many we have here. | 19   A.  Probably only about five.  I got rid of the |
| 20   Q.  Okay.  Why is it that you're suing Delia's? | 20  rest. |
| 21   A.  Unjustified termination, discrimination, and | 21   Q.  When you say you got rid of the rest, you would |
| 22  intimidation. | 22  throw them away? |
| 23   Q.  And those are the only reasons that you're | 23   A.  Yes. |
| 24  suing Delia's, correct? | 24   Q.  While you were working at Delia's, your |
| 25   A.  Yes. | 25  position was that of a manager, correct? |
| Page 10 | Page 12 |

| | |
|---|---|
| 1   Q.  And your employment with Delia's was from | 1   A.  I first, I start as an employee, then two years |
| 2  May 21st of 2017 until May 2nd of 2023, correct? | 2  after I was made in a manager. |
| 3   A.  I actually began working for them in 2014, but | 3   Q.  Okay.  So at some point in about 2019 you |
| 4  we were paid in cash so it's only registered in 2017 | 4  became a manager? |
| 5  when we started getting a check. | 5   A.  Yep. |
| 6   Q.  So beginning in 2017 is when you started | 6   Q.  And that promotion was a good thing, correct? |
| 7  receiving compensation by check, correct? | 7   A.  Yes. |
| 8   A.  Yes. | 8   Q.  And once you became a manager, you started |
| 9   Q.  And from 2017, some point in 2017, until the | 9  earning a salary, correct? |
| 10  date your employment ended with Delia's, you received | 10   A.  Yes, a salary. |
| 11  your pay by check; is that correct? | 11   Q.  And that was about how much per week? |
| 12   A.  Yes, with check. | 12   A.  I was making 750 at first, and then it started |
| 13   Q.  And while you were receiving a check, you no | 13  increasing. |
| 14  longer receive any kind of cash payment; is that | 14   Q.  750 per week? |
| 15  correct? | 15   A.  Yes. |
| 16   A.  Not anymore. | 16   Q.  And that's $750 per week, correct? |
| 17   Q.  And your checks, would you receive a physical | 17   A.  Yes.  Then it started increasing. |
| 18  check or direct deposit? | 18   Q.  Okay.  And what was your final salary when you |
| 19   A.  Direct deposit. | 19  separated from Delia's? |
| 20   Q.  And that is into your bank account? | 20   A.  $1,120. |
| 21   A.  Yes. | 21   Q.  And you also received health insurance |
| 22   Q.  And what's the name of your bank? | 22  benefits, correct? |
| 23   A.  PNC. | 23   A.  Yes. |
| 24   Q.  And has that been your bank since you started | 24   Q.  And Delia's paid for those, the company? |
| 25  receiving checks from Delia's in 2017? | 25   A.  I think so. |
| Page 11 | Page 13 |

4 (Pages 10 - 13)

1  Q. And you also had vision and dental insurance;
2 is that correct?
3  A. Only vision.
4  Q. Okay. And did Delia's, the company, pay for
5 that as well?
6  A. Yes.
7  Q. Was dental offered to you and you just declined
8 it, or why didn't you do -- why did you choose not to do
9 dental?
10  A. Because I didn't need it.
11  Q. Okay. I'd like to ask you about your final
12 salary, just a couple more questions. I believe you
13 told us that your last salary at Delia's at the time you
14 were terminated was 1,120 per week?
15  A. Yes.
16  Q. And you also received bonuses from Delia's?
17  A. Yes.
18  Q. How much would those bonuses be?
19  A. First, it was 8,000 and then 10,000.
20  Q. And when would you receive that bonus?
21  A. Like, the first week of January.
22  Q. So about what would you say would be your total
23 annual compensation from Delia's?
24  A. No clue.
25  Q. While you were employed by Delia's, you also

1 received two weeks of paid vacation, correct?
2  A. Correct.
3  Q. And you'd take those paid vacations?
4  A. Yes.
5  Q. While you were working for Delia's, did you
6 have any periods of times where you were absent, other
7 than vacation periods?
8  A. No.
9  Q. So as a manager, you supervised two or more
10 full-time employees, correct?
11  A. Yes.
12  Q. Was it just two or was it more than two?
13  A. It was like 30 to 35 people.
14  Q. And those were 30 to 35 full-time employees?
15  A. Yes.
16  Q. And you managed a particular store; is that
17 correct?
18  A. No.
19  Q. Would you go to different stores?
20  A. No.
21  Q. So what -- what locations did you work as a
22 manager?
23  A. San Juan.
24  Q. Was that the only store where you worked while
25 you were employed for Delia's?

1  A. Yes, the only one.
2  Q. Just so that I'm clear, that's the only store
3 where you worked once you were promoted to manager,
4 correct?
5  A. Yes.
6  Q. And above the manager position is the
7 supervisor position?
8  A. Yes.
9  Q. And who was your supervisor?
10  A. Luis Briones.
11  Q. So is it appropriate to say that you were the
12 manager of the San Juan store?
13  A. Manager.
14  Q. Correct?
15  A. Yes.
16  Q. So in addition to -- well, let's talk about how
17 you supervised these 30 to 35 employees. Okay?
18  A. Okay.
19  Q. You could hire those employees, correct?
20  A. No.
21  Q. Would you interview those employees?
22  A. No.
23  Q. If an employee walked in and said, I'd like to
24 work here, you wouldn't be able to interview or make a
25 decision to hire them?

1  A. No.
2  Q. Did you ever recommend that anyone be hired?
3  A. No.
4  Q. Did you ever make a decision to fire anyone?
5  A. No.
6  Q. Did you ever make a recommendation about firing
7 someone?
8  A. No.
9  Q. Did you know that you had authority to hire or
10 fire employees?
11  A. I know I did have but this -- the supervisor
12 didn't give me that authority.
13  Q. So let me break that down a little bit.
14      Okay. You knew you had the authority to
15 hire and fire, correct?
16  A. Supervisor would interview them and I would
17 hire them.
18  Q. Okay. I'm going to get to what the supervisor
19 would do okay.
20  A. Yes.
21  Q. I'm saying that you're aware that as a manager,
22 you had the authority to hire and fire, correct?
23      MR. GONZALEZ: Object to the form of the
24 question.
25  Q. (By Mr. Quezada) And I get that you're saying

**Page 50**

1   I, LUIS ZUNIGA, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4
5
6   _____
7   LUIS ZUNIGA
8   THE STATE OF TEXAS)
9   COUNTY OF _____)
10   Before me, _____, on
11   this day personally appeared LUIS ZUNIGA, known to me
12   (or proved to me under oath or through
13   _____) (description of identity card or
14   other document) to be the person whose name is
15   subscribed to the foregoing instrument and acknowledged
16   to me that they executed the same for the purposes and
17   consideration therein expressed.
18   Given under my hand and seal of office this
19   _____ day of _____, 2024.
20
21   _____
22   Notary Public in and for
23   The State of Texas
24
25

**Page 52**

by the officer and that the transcript of the oral
52
1   deposition is a true record of the testimony given by
the witness;
2
I further certify that pursuant to FRCP Rule
3   30(f)(1) that the signature of the deponent:
4   __X__ was requested by the deponent or a party
before the completion of the deposition and that the
5   signature is to be before any notary public and returned
within 30 days from date of receipt of the transcript.
6   If returned, the attached Changes and Signature Page
contains any changes and the reasons therefor;
7
____ was not requested by the deponent or a party
8   before the completion of the deposition.
9   I further certify that I am neither counsel
for, related to, nor employed by any of the parties or
10   attorney in the action in which this proceeding was
taken, and further that I am not financially or
11   otherwise interested in the outcome of the action.
12   Certified to by me this 10th day of July, 2024.
13
14
15
16   Anica Diaz, Texas CSR(6021), RPR, CRR
Expiration Date:  08-31-24
17   Veritext Legal Solutions
Firm Registration No. 571
18   300 Throckmorton Street, Suite 1600
Fort Worth, Texas 76102
19
20
21
22
23
24
25

**Page 51**

1   IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
2   MCALLEN DIVISION
3   JUANA CRUZ, OFELIA          )
BENAVIDES, JOSE ELIAS N.G., )
4   GABRIELA VELAZQUEZ,          )
RICARDO GONZALEZ, HELESIO  )
5   CRUZ, ANGELICA CHAVEZ,       )
CONCEPCION PEREZ, OLGA        )
6   PEREZ, MAVRIGO SAENZ,        )
JORGE MAOLEON, HECTOR         )
7   SANCHEZ, HECTOR GONZALEZ, )
YESSY PEREZ-MARTINEZ,        )
8   MARIA DE LOURDES CRUZ,       )
RESENDO LIEVANOS,            )
9   ELIZABETH LARA, LUIS         )
ALBERTO ZUNIGIA-CASTILLO,  )   CIVIL ACTION
10   MIGUEL CABALLERO SANCHEZ, )   NO. 7:23-CV-00343
GUILLERMO DE LA              )
11   CRUZ-MENDOZA, CARLOS         )
DANIEL LOPEZ, GILDA RIVAS,  )   JURY DEMANDED
12   LAZARO GARCIA, MARIA DE      )
ARMANDO MORALES DE LLANO,  )
13   JESUS MEDINA, RICARDO        )
ESQUIVEL, RAFAEL SANCHEZ,  )
14   GUILLERMO RUIZ, ROSA        )
QUINTANILLA,                 )
15       PLAINTIFFS,  )
16   VS.                         )
17                                )
DELGAR FOODS LLC A/K/A     )
18   DELIA'S TAMALES,             )
19       DEFENDANT.   )
20   ********************************************
21   REPORTER'S CERTIFICATION
DEPOSITION OF LUIS ZUNIGA
22   June 28, 2024
23   I, Anica Diaz, Certified Shorthand Reporter in
and for the State of Texas, hereby certify to the
24   following:
25   That the witness, LUIS ZUNIGA, was duly sworn

**Page 53**

1   Ricardo Gonzalez - ric@oxfordandgonzalez.com
2   July 10, 2024
3   RE: Cruz, Juana, Et Al v. Delgar Foods LLC, Et Al.
4   DEPOSITION OF: Luis Zuniga (# 6734289)
5   The above-referenced witness transcript is
6   available for read and sign.
7   Within the applicable timeframe, the witness
8   should read the testimony to verify its accuracy. If
9   there are any changes, the witness should note those
10   on the attached Errata Sheet.
11   The witness should sign and notarize the
12   attached Errata pages and return to Veritext at
13   errata-tx@veritext.com.
14   According to applicable rules or agreements, if
15   the witness fails to do so within the time allotted,
16   a certified copy of the transcript may be used as if
17   signed.
18   Yours,
19   Veritext Legal Solutions
20
21
22
23
24
25

14 (Pages 50 - 53)