1. What was your position?

   Cook — Manager

2. What were your duties?

   Prepare food for Tamales
   Supervise 12-15 employees

3. Dates that you worked?

   09-09-2014 thru May 2 2023

4. What locations did you work?

   San Juan   mission   McAllen North
   Edinburg   pharr

5. What were your shifts at work?

   Morning and evening
   Rotating

6. What hours did you work?

   14-15 hrs a day

7. What were you paid?

   $ 7.25 la
   $ 1,299.60 Salary Manager

EXHIBIT

A-8

8. Witnesses/Supervisors

*mOviCa JuAReZ*

9. How were you paid?

*CAsh andChecks*

Declaration

I, *CARlos Lopez* that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____

Name

# Declaration

I, Carlos Lopez that the answers to these questions are true and correct based on my knowledge of what took place whole working at Delia's.



Carlos Lopez

1. What was your position?

   Even Taken
   Team Leader

2. What were your duties?

   Supervise 5 to 6 People
   As Team Leader 12

3. Dates that you worked?

   2008 thru May 2, 2023

4. What locations did you work?

   mc Allen, mc Allen North
   Pharr Mission Edinburg
   San Juan

5. What were your shifts at work?

   Morning and Evening Shift
   Rotating

6. What hours did you work?

   5 Am to 10:00 pm
   Aug. 118 hrs per wk.

7. What were you paid?

   $ 9.25 per hour

8. Witnesses/Supervisors

*MONICA*
*Lup. A Flanco*
*Jorge*

9. How were you paid?

CASh and Checks Last 4 yrs.

## Declaration

I, *Rafael Sanchez* that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

*Rafael SANCHEZ*

Name

1. What was your position?

Cook aod MAVAGER HousEKeeping foa Ms LARZA HOUSE

2. What were your duties?

COOK PREPARE food for tamales

MANANGER: SudervISe Six WoAkeRS

3. Dates that you worked?

2003 til 2023

4. What locations did you work?

MC Allun South 23 Rd

5. What were your shifts at work?

Two shifts DAy AND EVeNiNG

6. What hours did you work?

5 Am til CloSE 8:00Pm

7. What were you paid?

CASh $260 PeR WK As COOK

Then 465.00 PerWk As MANAGer

8. Witnesses/Supervisors Lupita Franco Patty Conde Letty Zumsa Melecio Cruz Rose Quintanilla Misvel Caballero Olga Perez

9. How were you paid?
   In cash and in check

## Declaration

I, Angelica Chavez      that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

Angelica Chavez
Name

1. What was your position?

Cook

2. What were your duties?

PRePARE Food fox TAmales

3. Dates that you worked?

2014 thru May 2 2023

4. What locations did you work?

Phan Mc Allen Worth

5. What were your shifts at work?

morning and evening
Rotating

6. What hours did you work?

12 to 15 hrs a day

7. What were you paid?

$ 10.50 per hR.

8. Witnesses/Supervisors

   Armando

9. How were you paid?

   Checks

## Declaration

I, Concepcion Perez that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

Concepcion perez
Name

1. What was your position?

   Supervisor

2. What were your duties?

   Supervise 35 employees

3. Dates that you worked?

   2012 thru May 2 2023

4. What locations did you work?

   Phare

5. What were your shifts at work?

   all day   no shift or hours set

6. What hours did you work?

   all day   15 hrs per day  7 days a week

7. What were you paid?

   $ 600 per wk
   $ 1326 per wk

8. Witnesses/Supervisors

Lupita  T-nouco

9. How were you paid?

Check

## Declaration

I, _Armando Morles de llano_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   Cook

2. What were your duties?

   Prepare food for inmates

3. Dates that you worked?

   July 2018 thru May 2 2023

4. What locations did you work?

   McAllen North
   McAllen South

5. What were your shifts at work?

   Morning and evening Shift
   Rotating

6. What hours did you work?

   15 Hrs per day   6 days and 7 days

7. What were you paid?

   $10.00 PnhR

8. Witnesses/Supervisors

Roselio Castorena

9. How were you paid?

Check

## Declaration

I, GABRIELA VELAZQUEZ Ócina that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   Team Leader

2. What were your duties?

   Supervise 30 employees

3. Dates that you worked?

   2013 thru May 2, 2023

4. What locations did you work?

   Mission

5. What were your shifts at work?

   morning & shift
   Rotating

6. What hours did you work?

   15 hrs Per day 6 Days Per wk

7. What were you paid?

   $ 7.25 per hr
   $ 9.00 per hr
   $ 11.00 per hr

8. Witnesses/Supervisors

Benito GARZA
Jose Hernandez

9. How were you paid?

Check

## Declaration

I, Mauricio Sanchez that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

Mauricio Sanchez
Name

1. What was your position?

Cook

2. What were your duties?

Prepartion Oh Food to Sell
Sell

3. Dates that you worked?

Aug 2006 thru May 2 2023

4. What locations did you work?

McAllen San Juan
Pharr Mission McAllen North
Edinburg

5. What were your shifts at work?

Morning + Evening
Rotating

6. What hours did you work?

15 hrs per day
6 days a wk

7. What were you paid?

$ 45 per day 15 hrs a day
$ 11.50 per hr.

8. Witnesses/Supervisors

Luis Brioner

9. How were you paid?

cash & check

## Declaration

I, Otalia Benavides _____ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.


Ofelia Benavides _____
Name

1. What was your position?

   MANAGER
   CASHIER

2. What were your duties?

   Supervise 35 employees
   Collect Sales

3. Dates that you worked?

   2019 thru May 2, 2023

4. What locations did you work?

   Mission  San Juan Tx
   mcallen Edinburg

5. What were your shifts at work?

   morning and evening shift
   Rotating

6. What hours did you work?

   15 hrs day  6 day a wk

7. What were you paid?

   $ 820 per wk  for avg. 80 hrs per wk

8. Witnesses/Supervisors
   Jesus Pena
   Lupita FRANCO

9. How were you paid?
   Check

## Declaration

I, _Jorge Mauleon Valverde_ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

Jorge Mauleón
Name

1. What was your position?

   Cashier

2. What were your duties?

   Sales and collections of sale goods

3. Dates that you worked?

   May 2018 thru May 2023

4. What locations did you work?

   Edinburg

5. What were your shifts at work?

   Morning and evening
   Rotating

6. What hours did you work?

   8 70hrs weekly

7. What were you paid?

   $10.25 an ha.

8. Witnesses/Supervisors

   *Monica Juarez*

9. How were you paid?

   *Checks*

## Declaration

I, _Guillermo Ruiz_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

Supervisor Cook

2. What were your duties?

Supervise 15 employees in Cooking AREA

3. Dates that you worked?

July 2018 Then May 2, 2023

4. What locations did you work?

Edinburg

5. What were your shifts at work?

MORNING Shift
8-6 AM PM or 8-7 AM PM

6. What hours did you work?

12 hrs day
8-7 - six days

7. What were you paid?

$12.00 Per hour

8. Witnesses/Supervisors

   MONICA JUAREZ

9. How were you paid?

   Checks

## Declaration

I, _Elizabeth LARA_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____

Name

1.  What was your position?

    Cook

2.  What were your duties?

    Prepare food for tamales and other foods

3.  Dates that you worked?

    Oct 16, 2018 thru May 2, 2023

4.  What locations did you work?

    Edinburg

5.  What were your shifts at work?

    Morning and evening
    Rotating

6.  What hours did you work?

    14 hrs to 16 hrs daily

7.  What were you paid?

    $ 9.00 per hr start
    $ 16.00 Last checks

8. Witnesses/Supervisors

Hector Gonzalez
Eufemia Cruz
Monica Suarez

9. How were you paid?

Checks

## Declaration

I, Gilda Rivas _____ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.


_____
Name

1. What was your position?

   Cook

2. What were your duties?

   Prepare food for Tamales

3. Dates that you worked?

   2009 - 2023

4. What locations did you work?

   Mcallen North
   Mission

5. What were your shifts at work?

   Morning and Evening
   Rotating Shift

6. What hours did you work?

   8 hrs per day for 6 day 9 months
   Oct thru Dec  12 hr a day
   Dec 100 hrs per wk

7. What were you paid?

   $ 9.00 per hr
   $ 10.00 per hr After 3yrs.

8. Witnesses/Supervisors

   Dulce Palacios
   Roselio Castorena
   Juse Hernandez

9. How were you paid?

   Checks

## Declaration

I, _Elias Gutierrez_ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   MAchive OperAtor

2. What were your duties?

   OperAted PROductioN MAchine

3. Dates that you worked?

   2006  7 mos
   June 2007 - thru MAy 2, 2023

4. What locations did you work?

   McAllen Pharr SAN JuAN

5. What were your shifts at work?

   MORNING Shift oNly
   18 - 20 hAS perdAy

6. What hours did you work?

   18-20 hrs per dAy
   7 - days a week

7. What were you paid?

   $240 per wk for 90 to 95 hours
   $ 720 per wk for 12 hr a day 6 days per wk

8. Witnesses/Supervisors

   Miatha Garza
   Rogelio Garza
   Luis Briones
   Noema Contu

9. How were you paid?

   Cash and checks

## Declaration

I, _Melicio Cruz_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.


Melisio Cruz
Name

1. What was your position?

   COOk
   Team Leader

2. What were your duties?

   Prepare food fort amales
   Supervise 15 employees at work

3. Dates that you worked?

   June 2008 thru May 2, 2023

4. What locations did you work?

   McAllen San Juan Edinburg

5. What were your shifts at work?

   morning and evening shift mix hours

6. What hours did you work?

   avg y 80-85 hrs per wk

7. What were you paid?

   $ 7.25 an hr
   $ 13.00 an hr

8. Witnesses/Supervisors

Jesus Pena

9. How were you paid?

CASH and Checks

## Declaration

I, _Hector Archer_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_Hector S._
Name

1. What was your position?

Cook

2. What were your duties?

PrePartion food for Tamales & meundo

3. Dates that you worked?

Dec 2013 - thru May 2 2023

4. What locations did you work?

San Juan

5. What were your shifts at work?

All hours of day
Sometimas at 1:00AM tul work finish
15 has lanty

6. What hours did you work?

All hiurs of day
About 55 has per wk.

7. What were you paid?

$ 7.25 hr.   2013
$ 12.50 hr   2023

8. Witnesses/Supervisors

Edin Gonzalez
Gorge Trevi,oo

9. How were you paid?

Cash and
2017 Checker

## Declaration

I, _Yessy Perez Martinez_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

Cook - Prepare Masa

2. What were your duties?

Prepare Masa

3. Dates that you worked?

Dec 5 2005 - May 2, 2023

4. What locations did you work?

McAllen Pharr Mission Edinburg McAllen North

5. What were your shifts at work?

Morning And evening Rotating

6. What hours did you work?

70 hrs to 80 hrs per wk

7. What were you paid? $30 per day 12 hrs per day

Cash

Check 2017 - thru 2023

8. Witnesses/Supervisors

Luis Briones

9. How were you paid?

CAsh AND checks

## Declaration

I, Miguel Caballero _____ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   COOk
   Team Leader

2. What were your duties?

   Cook tamales, Hot Sauce-
   Team Loader-Supervise 18 employees

3. Dates that you worked?

   3-2-2007 thru May 2, 2023

4. What locations did you work?

   McAllen Phar Sao JUAN
   Mission McAllen North
   Edinburg

5. What were your shifts at work?

   Morning and Evening Shift
   rotating

6. What hours did you work?

   Several hours
   5:00 Am til close around 8:00 pm.

7. What were you paid?

   $ 5.25 per Hr in cash
   $ 10.25 per hr
   $ 12.35 per hr   3 yrs

8. Witnesses/Supervisors

Jesus Pena
LAZARO martinez

9. How were you paid?

CASH for 10 yrs
2N7 checks

## Declaration

I, _Olga Perez_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   CAshier
   Team Leader

2. What were your duties?

   Collect Tamples ~~dat~~ sold
   Supervise Cashiers and report Of sales

3. Dates that you worked?

   Aug 2018 thru May 2 2023

4. What locations did you work?

   Mission

5. What were your shifts at work?

   Morning and evening

6. What hours did you work?

   40 to hrs to 60 hrs per wk

7. What were you paid?

   $ 7.25 per hr.
   $ 11.50 per hr.

8. Witnesses/Supervisors
   Benito Garzo
   Jose Hernandez

9. How were you paid?
   check

## Declaration

I, MARiA de Lourdes Cruz that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

Name

1. What was your position?

   Cook
   MANAGER MAY 2016

2. What were your duties?

   Cook prep food foetAmples
   MANAGER Supenise 7 employes MON-Friday
                        12 employees SAT-Sun

3. Dates that you worked?

   Oct 2013 thn Man2 2023

4. What locations did you work?

   Ma Allen Phaw Mission
   Edinbung SAN JuaD
   Mc Allen North

5. What were your shifts at work?

   MORNING and evening

6. What hours did you work?

   80-85 hRs per wk

7. What were you paid?

   $350.00 to 400.00 pn Dk 80-85 pen wk
   $ 550.00 to 1100.00 per Wk 80-85 per wk

8. Witnesses/Supervisors
   Alberto Trevino
   Monica Juarez
   Jesus Pina
   Jose Hernandez

9. How were you paid?
   Checks

## Declaration

I, _Rosendo Gtt Levanos_ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?

   Cook
   Manager

2. What were your duties?

   Cook Prepartion to cook Tamales
   Suporvise cooking crew

3. Dates that you worked?

   2001 thru 5-2-2023
   2003
   2008 thru 5-2-2023

4. What locations did you work?

   McAllen Edinburg
   Pharr San Juan Mission
   McAllen North

5. What were your shifts at work?

   All day shift

6. What hours did you work?

   85-90 hrs per wk

7. What were you paid?

   $ 350.00 per wk   85-90 hrs per wk

8. Witnesses/Supervisors

   Delia Gaezia
   Rosa Quintanilla

9. How were you paid?

   Cash
   2017-Thru 2023 Checks

Declaration

I, _____Juana Cruz_____ that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

_____
Name

1. What was your position?
   Production help
   Manager

2. What were your duties?
   Remove Tamales bins
   Supervise 30 workers

3. Dates that you worked?
   2014 thru 2023

4. What locations did you work?
   San Juan Texas

5. What were your shifts at work?
   One shift 5 am till close around 8:00 pm

6. What hours did you work?
   5:00 Am til close around 8:00 pm

7. What were you paid?
   $240.00 per wk 80 hrs.
   $1120.00 per wk 80hrs - Manager

8. Witnesses/Supervisors

Luis Briones

9. How were you paid?

CASh
And Chucks

## Declaration

I, _Luis Alberto Zuniga Cast_ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.


Luis Alberto Zuñiga Castillo
Name

1. What was your position?

Cook
MANAGER

2. What were your duties?

Prepare food for cooking
MANAGER Supervise 15 employees

3. Dates that you worked?

2002 thru 5-2-2023

4. What locations did you work?

Mc Allen Pharr San Juan
McAllen North

5. What were your shifts at work?

Morning and evening Rotating Shifts

6. What hours did you work?

85 hrs per wk

7. What were you paid?

2002 - Around $300.00 per wk
2023 - Around $1250.00 per wk 85 has wk

8. Witnesses/Supervisors
Delia GARZA
Luis Trevino
MARIA LORENZA GARZA

9. How were you paid?
CASH   2002-2017
Check - 2017

## Declaration

I, Rosa I. Quintanilla _____ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.


Rosal Quintanilla
Name

1. What was your position?

   Cook
   MANAGER

2. What were your duties?

   Prapartion to cook Food
   MANAGER supervise 15 to 20 Employees
   Per shift.

3. Dates that you worked?

   9-11-2016 thru 5-2-2023

4. What locations did you work?

   McAllen Edinbung Pharr San Juan
   Mission

5. What were your shifts at work?

   Morning and evening
   Rotating shift.

6. What hours did you work?

   Aug 80 hrs per wk

7. What were you paid?

   $9.00 per hr.
   As MANAGER $900.00 per wk 80 hrs per wk

8. Witnesses/Supervisors
MONICA JUAREZ   Rogelio Costoreno
LUPita FaxNao
Jose HerNANdez
Jesus PeNa

9. How were you paid?
DeliA's check

## Declaration

I, Hector GoNzAlez that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

Name

1. What was your position?

   COOK

2. What were your duties?

   Prepare product for cooking

3. Dates that you worked?

   9-05-2018

4. What locations did you work?

   mission D-5   Delias

5. What were your shifts at work?

   Morning and evening

6. What hours did you work?

   10 to 12 hrs per day

7. What were you paid?

   $ 9.00 per hr
   with Check

8. Witnesses/Supervisors
   Benito GARZA
   Jose Hernandez
   Hector Gonzalez
   Mia Garza

9. How were you paid?
   With Delia's check

## Declaration

I, Ricardo Esquivel that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.


Ricardo Esquivel
Name

1. What was your position?

Cook AND MANAGER

2. What were your duties?

Cook- PREPARE food to make tamales
MANAGER- Supervise Workers

3. Dates that you worked?

2003 thru 2010

4. What locations did you work?

McAllen 23rd McAllen
San Juan Pharr Edinburg
Mission

5. What were your shifts at work?

Morning and Evening

6. What hours did you work?

15 to 20 hrs per day

7. What were you paid?

$40.00 per day in 2003
2004 Salary $703.00 per wk for 85-90 hrs per wk

8. Witnesses/Supervisors

LORENZA Mia GARZA
LUIS TREVINO
LAZARO MARTINEZ

9. How were you paid?

CASH and Check

Declaration

I, Patricia Conde _____ that the answers to these questions are true
and correct based on my knowledge of what took place while working at Delia's.

Patricia Conde _____
Name

1. What was your position?

   Cook AND MANAGER

2. What were your duties?

   COOK - PREPARE food to make that tamales
   MANAGER - SUPERVISE 5 to 8 PERSONS

3. Dates that you worked?

   2003 thru 2010

4. What locations did you work?

   mcAllen S 23 ed
   and Pharr SAN JUAN mission Edinburg

5. What were your shifts at work?

   morning and evening

6. What hours did you work?

   15 to 10 hrs per day
   10 hours in Oct thru Jan

7. What were you paid?

   $ 40.00 dollars per day
   Solary $565.00 per wk for 90 hrs per wk.
   405.00

8. Witnesses/Supervisors

LAZALO MARTINEZ LUIS TREVINO

9. How were you paid?

CASH - AND Check

Declaration

I, Norma I. Conde that the answers to these questions are true and correct based on my knowledge of what took place while working at Delia's.

Norma I. Conde.
Name