# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs,* | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

EXHIBIT

A-9

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF ANGELICA CHAVEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this ___ day of _____, 2024.


_Angelica Chavez_
ANGELICA CHAVEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**      Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**      Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

            Deny

**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**      Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**      Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**      Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**      Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**      Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**      Admit

8

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Deny

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

9

**Admission 19.**        Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**     Deny

**Admission 20.**        Any error made by Defendant as to your pay was unintentional.

**Response:**     Deny

**Admission 21.**        Any error made by Defendant as to your pay was not done willfully.

**Response:**      Deny

**Admission 22.**        Any error made by Defendant as to your pay was not done knowingly.

**Response:**      Deny

**Admission 23.**        You received no cash for wages from Defendant from 2020-2023.

**Response:**      Admit

**Admission 24.**        You have no written documentation of hours worked by you for Defendant.

**Response:**      Admit

**Admission 25.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 26.**        You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**         Deny

**Admission 27.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 28.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 29.**        You have never spoken to Sofia Lubin from 2020-2023.

**Response:**      Deny

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants.* | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com


Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF CONCEPCION PEREZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 15ᵗʰ day of April , 2024.


Concepción Perez
CONCEPCION PEREZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**   Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**   Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**   Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**   Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**   Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**   Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**   Admit

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Admit

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

**Admission 19.**       Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**       Deny

**Admission 20.**       Any error made by Defendant as to your pay was unintentional.

**Response:**       Deny

**Admission 21.**       Any error made by Defendant as to your pay was not done willfully.

**Response:**       Deny

**Admission 22.**       Any error made by Defendant as to your pay was not done knowingly.

**Response:**       Deny

**Admission 23.**       You received no cash for wages from Defendant from 2020-2023.

**Response:**       Deny

**Admission 24.**       You have no written documentation of hours worked by you for Defendant.

**Response:**       Admit

**Admission 25.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 26.**       You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 27.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**       Admit

**Admission 28.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**       Admit

**Admission 29.**       You have never spoken to Sofia Lubin from 2020-2023.

**Response:**       Admit

10

**Admission 30.**    You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 31.**    You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 32.**    You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 33.**    You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 34.**    You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 35.**    You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 36.**    You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 37.**    You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 38.**    You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**    Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF ELIZABETH LARA:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 18th day of April, 2024.

_____
ELIZABETH LARA

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**      Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**    Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**    Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**    Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**    Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**      Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**    Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**    Admit

8

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Admit

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

9

**Admission 19.** Any error made by Defendant as to your hours worked was not done knowingly.

**Response:** Deny

**Admission 20.** Any error made by Defendant as to your pay was unintentional.

**Response:** Deny

**Admission 21.** Any error made by Defendant as to your pay was not done willfully.

**Response:** Deny

**Admission 22.** Any error made by Defendant as to your pay was not done knowingly.

**Response:** Deny

**Admission 23.** You received no cash for wages from Defendant from 2020-2023.

**Response:** Admit

**Admission 24.** You have no written documentation of hours worked by you for Defendant.

**Response:** Admit

**Admission 25.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 26.** You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 27.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 28.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 29.** You have never spoken to Sofia Lubin from 2020-2023.

**Response:** Admit

10

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

JUANA CRUZ,                              §
OFELIABENAVIDES,                         §
GABRIELA VELAZQOEZ, MELESIO              §
CRUZ,                                    §
ANGELICA CHAVEZ                          §
OLGA PEREZ,                              §
MAURICIO SANCHEZ,                        §
JORGE MAULEON,                           §
HECTOR GONZALEZ,                         §
YESSYPEREZ,                              §
LUIS ALBERTO ZUNGA,                      §
GONZALO ESQUIVEL,                        §
PATRICIA CONDE,                          §
NORMA CONDE,                             §
RAFAEL SANCHEZ,                          §   CIVIL ACTION NO: 7:23-CV-00343
ROSA QUINTANILLA,                        §
HECTOR SANCHEZ,                          §
ROSENDO LIEVANOS,                        §
MARIA DE LOURDES CRUZ,                   §
JOSE ELIAS NG,                           §
RICARDO GONZALO,                         §
CONCEPCION PEREZ,                        §
ELIZABETH LARA,                          §
MIGUEL CABALLERO,                        §
CARLOS DANIEL LOPEZ,                     §
GILDA RIVAS,                             §
ARMANDO MORALES DE LLANO,                §
Individually and On Behalf of All        §
Others Similarly Situated,               §
                                         §
            *Plaintiffs*,                 §
V                                        §
                                         §
DELGAR FOODS, INC D/B/A/ DELIA'S         §
TAMALES                                  §
                                         §
            *Defendants*.                 §

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

## **PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS**

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

**AUTHORIZATION TO RELEASE**
**EMPLOYMENT AND/OR APPLICATION RECORDS**

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF GABRIELA VELAZQUEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 16 day of April , 2024.

_____
GABRIELA VELAZQUEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**            Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

8

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Admit

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

9

**Admission 19.**        Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**        Deny

**Admission 20.**        Any error made by Defendant as to your pay was unintentional.

**Response:**        Deny

**Admission 21.**        Any error made by Defendant as to your pay was not done willfully.

**Response:**        Deny

**Admission 22.**        Any error made by Defendant as to your pay was not done knowingly.

**Response:**        Deny

**Admission 23.**        You received no cash for wages from Defendant from 2020-2023.

**Response:**        Deny

**Admission 24.**        You have no written documentation of hours worked by you for Defendant.

**Response:**   Admit

**Admission 25.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 26.**        You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 27.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding your pay.

**Response:**   Admit

**Admission 28.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding hours worked.

**Response:**        Admit

**Admission 29.**        You have never spoken to Sofia Lubin from 2020-2023.

**Response:**        Admit

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF GILDA RIVAS:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this ___ day of _____, 2024.


_____
GILDA RIVAS

### First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**    Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**    Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**    Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**    Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**    Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**    Admit

**Admission 10.**　　　You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**　　Admit

**Admission 11.**　　　While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**　　Admit

**Admission 12.**　　　You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**　　Admit

**Admission 13.**　　　You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**　　Admit

**Admission 14.**　　　You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**　　Admit

**Admission 15.**　　　You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**　　Deny

**Admission 16.**　　　Defendant paid you overtime wages from 2020-2023.

**Response:**　　Admit

**Admission 17.**　　　Any error made by Defendant as to your hours worked was unintentional.

**Response:**　　Deny

**Admission 18.**　　　Any error made by Defendant as to your hours worked was not done willfully.

**Response:**　　Deny

9

**Admission 19.**      Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**      Deny

**Admission 20.**      Any error made by Defendant as to your pay was unintentional.

**Response:**      Deny

**Admission 21.**      Any error made by Defendant as to your pay was not done willfully.

**Response:**      Deny

**Admission 22.**      Any error made by Defendant as to your pay was not done knowingly.

**Response:**      Deny

**Admission 23.**      You received no cash for wages from Defendant from 2020-2023.

**Response:**      Admit

**Admission 24.**      You have no written documentation of hours worked by you for Defendant.

**Response:**      Admit

**Admission 25.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**      Deny

**Admission 26.**      You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**   Deny

**Admission 27.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**      Admit

**Admission 28.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 29.**      You have never spoken to Sofia Lubin from 2020-2023.

**Response:**   Deny

10

**Admission 30.**       You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**       Deny

**Admission 31.**       You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**       Admit

**Admission 32.**       You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**       Deny

**Admission 33.**       You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**       Deny

**Admission 34.**       You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**       Admit

**Admission 35.**       You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**       Admit

**Admission 36.**       You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**       Admit

**Admission 37.**       You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**       Admit

**Admission 38.**       You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**       Admit

11

**Admission 39.**    You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 40.**    You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 41.**    You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 42.**    You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 43.**    You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 44.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 45.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 46.**    You did not work for Defendant from 2020-2023.

**Response:**    Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| ***Defendants*.** | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| ***Defendants*.** | § | |

## <u>PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS</u>

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF GUILLERMO DE LA CRUZ MENDOZA:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 18th day of April, 2024.

_____
GUILLERMO DE LA CRUZ MENDOZA

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**  Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**  Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

Deny

**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**  Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**  Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**  Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**  Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**  Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**  Admit

8

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Deny

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done will-fully.

**Response:**      Deny

9

**Admission 19.** Any error made by Defendant as to your hours worked was not done knowingly.

**Response:** Deny

**Admission 20.** Any error made by Defendant as to your pay was unintentional.

**Response:** Deny

**Admission 21.** Any error made by Defendant as to your pay was not done willfully.

**Response:** Deny

**Admission 22.** Any error made by Defendant as to your pay was not done knowingly.

**Response:** Deny

**Admission 23.** You received no cash for wages from Defendant from 2020-2023.

**Response:** Admit

**Admission 24.** You have no written documentation of hours worked by you for Defendant.

**Response:** Admit

**Admission 25.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 26.** You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 27.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 28.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 29.** You have never spoken to Sofia Lubin from 2020-2023.

**Response:** Deny

**Admission 30.**    You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 31.**    You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 32.**    You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 33.**    You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 34.**    You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 35.**    You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 36.**    You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 37.**    You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 38.**    You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**    Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF GUILLERMO RUIZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 18th day of April, 2024.

_____
GUILLERMO RUIZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**     Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

8

**Admission 10.**        You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**        While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Admit

**Admission 12.**        You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**        You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**        You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**        You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 16.**        Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**        Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**        Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

**Admission 19.**      Any error made by Defendant as to your hours worked was not done know-
ingly.

**Response:**      Deny

**Admission 20.**      Any error made by Defendant as to your pay was unintentional.

**Response:**      Deny

**Admission 21.**      Any error made by Defendant as to your pay was not done willfully.

**Response:**      Deny

**Admission 22.**      Any error made by Defendant as to your pay was not done knowingly.

**Response:**      Deny

**Admission 23.**      You received no cash for wages from Defendant from 2020-2023.

**Response:**      Admit

**Admission 24.**      You have no written documentation of hours worked by you for Defendant.

**Response:**      Admit

**Admission 25.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**      Deny

**Admission 26.**      You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**      Deny

**Admission 27.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding your pay.

**Response:**      Admit

**Admission 28.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding hours worked.

**Response:**      Admit

**Admission 29.**      You have never spoken to Sofia Lubin from 2020-2023.

**Response:**      Deny

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF HECTOR SANCHEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this _18th_ day of _April_ , 2024.


_Hector S._
HECTOR SANCHEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Admit

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**     Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**     Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Type text here

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

8

**Admission 10.**       You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**       Admit

**Admission 11.**       While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**       Admit

**Admission 12.**       You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**       Admit

**Admission 13.**       You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**       Admit

**Admission 14.**       You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**       Admit

**Admission 15.**       You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**       Deny

**Admission 16.**       Defendant paid you overtime wages from 2020-2023.

**Response:**       Admit

**Admission 17.**       Any error made by Defendant as to your hours worked was unintentional.

**Response:**       Deny

**Admission 18.**       Any error made by Defendant as to your hours worked was not done willfully.

**Response:**       Deny

9

**Admission 19.**     Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**     Deny

**Admission 20.**     Any error made by Defendant as to your pay was unintentional.

**Response:**     Deny

**Admission 21.**     Any error made by Defendant as to your pay was not done willfully.

**Response:**     Deny

**Admission 22.**     Any error made by Defendant as to your pay was not done knowingly.

**Response:**     Deny

**Admission 23.**     You received no cash for wages from Defendant from 2020-2023.

**Response:**     Deny

**Admission 24.**     You have no written documentation of hours worked by you for Defendant.

**Response:**     Deny

**Admission 25.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 26.**     You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 27.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 28.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 29.**     You have never spoken to Sofia Lubin from 2020-2023.

**Response:**     Deny

10

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Deny

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF JOSE ELIAS NG:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 17ᵗʰ day of _____, 2024.

_____
JOSE ELIAS NG

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**        Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**        Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.
                Deny
**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**        Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**        Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**        Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**        Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**        Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**        Admit

8

**Admission 10.**        You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**        Admit

**Admission 11.**        While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**        Deny

**Admission 12.**        You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**        Admit

**Admission 13.**        You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**        Admit

**Admission 14.**        You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**        Admit

**Admission 15.**        You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**        Admit

**Admission 16.**        Defendant paid you overtime wages from 2020-2023.

**Response:**        Admit

**Admission 17.**        Any error made by Defendant as to your hours worked was unintentional.

**Response:**        Deny

**Admission 18.**        Any error made by Defendant as to your hours worked was not done willfully.

**Response:**        Deny

9

**Admission 19.** Any error made by Defendant as to your hours worked was not done knowingly.

**Response:** Deny

**Admission 20.** Any error made by Defendant as to your pay was unintentional.

**Response:** Deny

**Admission 21.** Any error made by Defendant as to your pay was not done willfully.

**Response:** Deny

**Admission 22.** Any error made by Defendant as to your pay was not done knowingly.

**Response:** Deny

**Admission 23.** You received no cash for wages from Defendant from 2020-2023.

**Response:** Admit

**Admission 24.** You have no written documentation of hours worked by you for Defendant.

**Response:** Admit

**Admission 25.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 26.** You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 27.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 28.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 29.** You have never spoken to Sofia Lubin from 2020-2023.

**Response:** Deny

10

**Admission 30.**    You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 31.**    You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 32.**    You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 33.**    You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 34.**    You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 35.**    You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 36.**    You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 37.**    You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 38.**    You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

### PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com


Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**     Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

8

**Admission 10.**       You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**    Admit

**Admission 11.**       While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**    Admit

**Admission 12.**       You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**    Admit

**Admission 13.**       You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**    Admit

**Admission 14.**       You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**    Deny

**Admission 15.**       You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**    Deny

**Admission 16.**       Defendant paid you overtime wages from 2020-2023.

**Response:**    Admit

**Admission 17.**       Any error made by Defendant as to your hours worked was unintentional.

**Response:**    Deny

**Admission 18.**       Any error made by Defendant as to your hours worked was not done willfully.

**Response:**    Deny

9

**Admission 19.**        Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**        Deny

**Admission 20.**        Any error made by Defendant as to your pay was unintentional.

**Response:**        Deny

**Admission 21.**        Any error made by Defendant as to your pay was not done willfully.

**Response:**        Deny

**Admission 22.**        Any error made by Defendant as to your pay was not done knowingly.

**Response:**        Deny

**Admission 23.**        You received no cash for wages from Defendant from 2020-2023.

**Response:**        Deny

**Admission 24.**        You have no written documentation of hours worked by you for Defendant.

**Response:**        Admit

**Admission 25.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 26.**        You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 27.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**        Admit

**Admission 28.**        You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**        Admit

**Admission 29.**        You have never spoken to Sofia Lubin from 2020-2023.

**Response:**        Admit

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

11

**Admission 39.**       You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 40.**       You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**         Deny

**Admission 41.**       You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 42.**       You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**         Admit

**Admission 43.**       You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 44.**       You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**         Admit

**Admission 45.**       You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 46.**       You did not work for Defendant from 2020-2023.

**Response:**      Deny

12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF MARIA DE JESUS MEDINA:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this ____ day of _____, 2024.

_____
MARIA DE JESUS MEDINA

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**     Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

8

**Admission 10.**        You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**    Admit

**Admission 11.**        While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**    Admit

**Admission 12.**        You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**    Admit

**Admission 13.**        You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**    Admit

**Admission 14.**        You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**    Deny

**Admission 15.**        You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**    Deny

**Admission 16.**        Defendant paid you overtime wages from 2020-2023.

**Response:**    Admit

**Admission 17.**        Any error made by Defendant as to your hours worked was unintentional.

**Response:**    Deny

**Admission 18.**        Any error made by Defendant as to your hours worked was not done willfully.

**Response:**    Deny

**Admission 19.**     Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**     Deny

**Admission 20.**     Any error made by Defendant as to your pay was unintentional.

**Response:**     Deny

**Admission 21.**     Any error made by Defendant as to your pay was not done willfully.

**Response:**     Deny

**Admission 22.**     Any error made by Defendant as to your pay was not done knowingly.

**Response:**     Deny

**Admission 23.**     You received no cash for wages from Defendant from 2020-2023.

**Response:**     Deny

**Admission 24.**     You have no written documentation of hours worked by you for Defendant.

**Response:**     Admit

**Admission 25.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 26.**     You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 27.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 28.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 29.**     You have never spoken to Sofia Lubin from 2020-2023.

**Response:**     Admit

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

11

**Admission 39.**      You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 40.**      You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 41.**      You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 42.**      You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**      Admit

**Admission 43.**      You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 44.**      You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**      Admit

**Admission 45.**      You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 46.**      You did not work for Defendant from 2020-2023.

**Response:**      Deny

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF MARIA DE LOURDES CRUZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 18th day of April, 2024.

MARIA DE LOURDES CRUZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:** Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:** Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

Deny

**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:** Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:** Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:** Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:** Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:** Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:** Admit

8

**Admission 10.**        You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**        Admit

**Admission 11.**        While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**        Deny

**Admission 12.**        You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**        Admit

**Admission 13.**        You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**        Admit

**Admission 14.**        You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**        Admit

**Admission 15.**        You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**        Admit

**Admission 16.**        Defendant paid you overtime wages from 2020-2023.

**Response:**        Admit

**Admission 17.**        Any error made by Defendant as to your hours worked was unintentional.

**Response:**        Deny

**Admission 18.**        Any error made by Defendant as to your hours worked was not done willfully.

**Response:**        Deny

9

**Admission 19.**       Any error made by Defendant as to your hours worked was not done know-
ingly.

**Response:**     Deny

**Admission 20.**       Any error made by Defendant as to your pay was unintentional.

**Response:**     Deny

**Admission 21.**       Any error made by Defendant as to your pay was not done willfully.

**Response:**       Deny

**Admission 22.**       Any error made by Defendant as to your pay was not done knowingly.

**Response:**       Deny

**Admission 23.**       You received no cash for wages from Defendant from 2020-2023.

**Response:**       Admit

**Admission 24.**       You have no written documentation of hours worked by you for Defendant.

**Response:**     Admit

**Admission 25.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 26.**       You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**         Deny

**Admission 27.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding your pay.

**Response:**     Deny

**Admission 28.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding hours worked.

**Response:**     Deny

**Admission 29.**       You have never spoken to Sofia Lubin from 2020-2023.

**Response:**     Deny

10

**Admission 30.**      You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 31.**      You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 32.**      You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 33.**      You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 34.**      You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 35.**      You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 36.**      You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**      Admit

**Admission 37.**      You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 38.**      You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**      Admit

11

**Admission 39.**    You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 40.**    You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 41.**    You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 42.**    You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 43.**    You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 44.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 45.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 46.**    You did not work for Defendant from 2020-2023.

**Response:**    Deny

12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF MAURICIO SANCHEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this _12__ day of _April_, 2024.


_Mauricio Sanchez_
MAURICIO SANCHEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**    Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**    Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.
            Deny
**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**    Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**    Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**    Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**    Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**    Admit

8

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Deny

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

Admit
**Response:**

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

9

**Admission 19.**      Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**    Deny

**Admission 20.**      Any error made by Defendant as to your pay was unintentional.

**Response:**    Deny

**Admission 21.**      Any error made by Defendant as to your pay was not done willfully.

**Response:**      Deny

**Admission 22.**      Any error made by Defendant as to your pay was not done knowingly.

**Response:**      Deny

**Admission 23.**      You received no cash for wages from Defendant from 2020-2023.

**Response:**      Admit

**Admission 24.**      You have no written documentation of hours worked by you for Defendant.

**Response:**     Admit

**Admission 25.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 26.**      You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**        Deny

**Admission 27.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 28.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 29.**      You have never spoken to Sofia Lubin from 2020-2023.

**Response:**    Deny

10

**Admission 30.**      You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 31.**      You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 32.**      You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 33.**      You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 34.**      You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 35.**      You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**      Deny

**Admission 36.**      You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**      Admit

**Admission 37.**      You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 38.**      You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**      Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

### PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF MELESIO CRUZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 12ᵗʰ day of April, 2024.

Melesio Cruz
MELESIO CRUZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**          Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**          Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.
                    Deny
**Response:**

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**          Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**          Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**          Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**          Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**          Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**          Admit

8

**Admission 10.**     You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**     Admit

**Admission 11.**     While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**     Deny

**Admission 12.**     You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**     Admit

**Admission 13.**     You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**     Admit

**Admission 14.**     You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**     Admit

**Admission 15.**     You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**     Admit

**Admission 16.**     Defendant paid you overtime wages from 2020-2023.

**Response:**     Admit

**Admission 17.**     Any error made by Defendant as to your hours worked was unintentional.

**Response:**     Deny

**Admission 18.**     Any error made by Defendant as to your hours worked was not done willfully.

**Response:**     Deny

9

**Admission 19.**  Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**  Deny

**Admission 20.**  Any error made by Defendant as to your pay was unintentional.

**Response:**  Deny

**Admission 21.**  Any error made by Defendant as to your pay was not done willfully.

**Response:**  Deny

**Admission 22.**  Any error made by Defendant as to your pay was not done knowingly.

**Response:**  Deny

**Admission 23.**  You received no cash for wages from Defendant from 2020-2023.

**Response:**  Admit

**Admission 24.**  You have no written documentation of hours worked by you for Defendant.

**Response:**  Admit

**Admission 25.**  You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**  Deny

**Admission 26.**  You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**  Deny

**Admission 27.**  You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**  Deny

**Admission 28.**  You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**  Deny

**Admission 29.**  You have never spoken to Sofia Lubin from 2020-2023.

**Response:**  Deny

10

**Admission 30.**    You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 31.**    You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 32.**    You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 33.**    You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 34.**    You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 35.**    You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 36.**    You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 37.**    You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 38.**    You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**    Admit

11

**Admission 39.**    You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 40.**    You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**    Deny

**Admission 41.**    You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**    Deny

**Admission 42.**    You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 43.**    You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 44.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**    Admit

**Admission 45.**    You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**    Admit

**Admission 46.**    You did not work for Defendant from 2020-2023.

**Response:**    Deny

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF MIGUEL CABALLERO SANCHEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this _15_ day of _April_, 2024.

_____
MIGUEL CABALLERO SANCHEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**                  Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**                  Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**                  Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**                  Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**                  Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**                  Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**                  Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**                  Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**                  Deny

8

**Admission 10.**     You have no written documentation to rebut Defendant's time records of hours worked by you.

*Deny*

**Response:**

**Admission 11.**     While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**

*Deny*

**Admission 12.**     You at all times complied with Defendant's requirement to accurately record hours worked by you.

*Deny*

**Response:**

**Admission 13.**     You at all times complied with Defendant's requirement to accurately report hours worked by you.

*Deny*

**Response:**

**Admission 14.**     You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

*Deny*

**Response:**

**Admission 15.**     You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

*Deny*

**Response:**

**Admission 16.**     Defendant paid you overtime wages from 2020-2023.

*Deny*

**Response:**

**Admission 17.**     Any error made by Defendant as to your hours worked was unintentional.

*Deny*

**Response:**

**Admission 18.**     Any error made by Defendant as to your hours worked was not done willfully.

*Deny*

**Response:**

9

**Admission 19.**   Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**   Deny

**Admission 20.**   Any error made by Defendant as to your pay was unintentional.

**Response:**   Deny

**Admission 21.**   Any error made by Defendant as to your pay was not done willfully.

**Response:**   Deny

**Admission 22.**   Any error made by Defendant as to your pay was not done knowingly.

**Response:**   Deny

**Admission 23.**   You received no cash for wages from Defendant from 2020-2023.

**Response:**   Deny

**Admission 24.**   You have no written documentation of hours worked by you for Defendant.

**Response:**   Deny

**Admission 25.**   You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**   Deny

**Admission 26.**   You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**   Deny

**Admission 27.**   You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**   Deny

**Admission 28.**   You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**   Deny

**Admission 29.**   You have never spoken to Sofia Lubin from 2020-2023.

**Response:**   Deny

10

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 39.** You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 40.** You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 41.** You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 42.** You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 43.** You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 44.** You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 45.** You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 46.** You did not work for Defendant from 2020-2023.

**Response:** Deny

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/
_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF OFELIA BENAVIDES:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 9ᵗʰ day of April, 2024.

Ofelia Benavides B.
OFELIA BENAVIDES

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**   Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**   Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**   Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**   Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**   Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**   Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**   Admit

8

**Admission 10.**     You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**     Admit

**Admission 11.**     While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**     Admit

**Admission 12.**     You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**     Admit

**Admission 13.**     You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**     Admit

**Admission 14.**     You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**     Deny

**Admission 15.**     You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**     Deny

**Admission 16.**     Defendant paid you overtime wages from 2020-2023.

**Response:**     Admit

**Admission 17.**     Any error made by Defendant as to your hours worked was unintentional.

**Response:**     Deny

**Admission 18.**     Any error made by Defendant as to your hours worked was not done willfully.

**Response:**     Deny

**Admission 19.**          Any error made by Defendant as to your hours worked was not done know-
ingly.

**Response:**          Deny

**Admission 20.**          Any error made by Defendant as to your pay was unintentional.

**Response:**          Deny

**Admission 21.**          Any error made by Defendant as to your pay was not done willfully.

**Response:**    Deny

**Admission 22.**          Any error made by Defendant as to your pay was not done knowingly.

**Response:**    Deny

**Admission 23.**          You received no cash for wages from Defendant from 2020-2023.

**Response:**          Deny

**Admission 24.**          You have no written documentation of hours worked by you for Defendant.

**Response:**    Admit

**Admission 25.**          You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**          Deny

**Admission 26.**          You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**          Deny

**Admission 27.**          You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding your pay.

**Response:**    Admit

**Admission 28.**          You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023
regarding hours worked.

**Response:**    Admit

**Admission 29.**          You have never spoken to Sofia Lubin from 2020-2023.

**Response:**          Admit

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF OLGA PEREZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this ___ day of ___, 2024.

OLGA PEREZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**      Admit

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**      Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**      Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**      Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**      Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**      Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**      Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**      Type text here

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**      Admit

**Admission 10.** You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:** Admit

**Admission 11.** While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:** Admit

**Admission 12.** You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:** Admit

**Admission 13.** You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:** Admit

**Admission 14.** You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:** Admit

**Admission 15.** You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:** Deny

**Admission 16.** Defendant paid you overtime wages from 2020-2023.

**Response:** Admit

**Admission 17.** Any error made by Defendant as to your hours worked was unintentional.

**Response:** Deny

**Admission 18.** Any error made by Defendant as to your hours worked was not done willfully.

**Response:** Deny

**Admission 19.**     Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**     Deny

**Admission 20.**     Any error made by Defendant as to your pay was unintentional.

**Response:**     Deny

**Admission 21.**     Any error made by Defendant as to your pay was not done willfully.

**Response:**     Deny

**Admission 22.**     Any error made by Defendant as to your pay was not done knowingly.

**Response:**     Deny

**Admission 23.**     You received no cash for wages from Defendant from 2020-2023.

**Response:**     Deny

**Admission 24.**     You have no written documentation of hours worked by you for Defendant.

**Response:**     Deny

**Admission 25.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 26.**     You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**     Deny

**Admission 27.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 28.**     You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 29.**     You have never spoken to Sofia Lubin from 2020-2023.

**Response:**     Deny

10

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Deny

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ,<br>OFELIABENAVIDES,<br>GABRIELA VELAZQOEZ, MELESIO<br>CRUZ,<br>ANGELICA CHAVEZ<br>OLGA PEREZ,<br>MAURICIO SANCHEZ,<br>JORGE MAULEON,<br>HECTOR GONZALEZ,<br>YESSYPEREZ,<br>LUIS ALBERTO ZUNGA,<br>GONZALO ESQUIVEL,<br>PATRICIA CONDE,<br>NORMA CONDE,<br>RAFAEL SANCHEZ,<br>ROSA QUINTANILLA,<br>HECTOR SANCHEZ,<br>ROSENDO LIEVANOS,<br>MARIA DE LOURDES CRUZ,<br>JOSE ELIAS NG,<br>RICARDO GONZALO,<br>CONCEPCION PEREZ,<br>ELIZABETH LARA,<br>MIGUEL CABALLERO,<br>CARLOS DANIEL LOPEZ,<br>GILDA RIVAS,<br>ARMANDO MORALES DE LLANO,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>*Plaintiffs*,<br>V<br><br>DELGAR FOODS, INC D/B/A/ DELIA'S<br>TAMALES<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 7:23-CV-00343 |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF RAFAEL SANCHEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this _12th_ day of _April_, 2024.


_Rafael · S·_
RAFAEL SANCHEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Admit

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**     Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**     Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**     Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**     Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**     Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**     Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**     Admit

**Admission 10.**      You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**      While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Deny

**Admission 12.**      You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**      You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**      You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**      You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 16.**      Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**      Any error made by Defendant as to your hours worked was unintentional.

**Response:**   Deny

**Admission 18.**      Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

**Admission 19.**      Any error made by Defendant as to your hours worked was not done know-ingly.

**Response:**      Deny

**Admission 20.**      Any error made by Defendant as to your pay was unintentional.

**Response:**      Deny

**Admission 21.**      Any error made by Defendant as to your pay was not done willfully.

**Response:**      Deny

**Admission 22.**      Any error made by Defendant as to your pay was not done knowingly.

**Response:**      Deny

**Admission 23.**      You received no cash for wages from Defendant from 2020-2023.

**Response:**      Admit

**Admission 24.**      You have no written documentation of hours worked by you for Defendant.

**Response:**      Admit

**Admission 25.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**      Deny

**Admission 26.**      You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**      Deny

**Admission 27.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**      Deny

**Admission 28.**      You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**      Admit

**Admission 29.**      You have never spoken to Sofia Lubin from 2020-2023.

**Response:**      Deny

**Admission 30.**        You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**        Deny

**Admission 31.**        You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**        Deny

**Admission 32.**        You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**        Deny

**Admission 33.**        You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**        Deny

**Admission 34.**        You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**        Admit

**Admission 35.**        You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**        Admit

**Admission 36.**        You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**        Admit

**Admission 37.**        You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**        Admit

**Admission 38.**        You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**        Admit

11

**Admission 39.**     You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 40.**     You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 41.**     You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 42.**     You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 43.**     You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 44.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 45.**     You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 46.**     You did not work for Defendant from 2020-2023.

**Response:**     Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com


Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

**AUTHORIZATION TO RELEASE**
**EMPLOYMENT AND/OR APPLICATION RECORDS**

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF RICHARD ESQUIVEL:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 12ᵗʰ day of April, 2024.

RicardoEsquivel
RICHARD ESQUIVEL

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**            Admit

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**            Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**            Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**            Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**            Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**            Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**            Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**            Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**            Deny

**Admission 10.**     You have no written documentation to rebut Defendant's time records of hours worked by you.

Deny

**Response:**

**Admission 11.**     While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**     Deny

**Admission 12.**     You at all times complied with Defendant's requirement to accurately record hours worked by you.

Admit

**Response:**

**Admission 13.**     You at all times complied with Defendant's requirement to accurately report hours worked by you.

Admit

**Response:**

**Admission 14.**     You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

Admit

**Response:**

**Admission 15.**     You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

Admit

**Response:**

**Admission 16.**     Defendant paid you overtime wages from 2020-2023.

Deny

**Response:**

**Admission 17.**     Any error made by Defendant as to your hours worked was unintentional.

Deny

**Response:**

**Admission 18.**     Any error made by Defendant as to your hours worked was not done willfully.

Deny

**Response:**

9

**Admission 19.** Any error made by Defendant as to your hours worked was not done knowingly.

**Response:** Deny

**Admission 20.** Any error made by Defendant as to your pay was unintentional.

**Response:** Deny

**Admission 21.** Any error made by Defendant as to your pay was not done willfully.

**Response:** Deny

**Admission 22.** Any error made by Defendant as to your pay was not done knowingly.

**Response:** Deny

**Admission 23.** You received no cash for wages from Defendant from 2020-2023.

**Response:** Admit

**Admission 24.** You have no written documentation of hours worked by you for Defendant.

**Response:** Deny

**Admission 25.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 26.** You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 27.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 28.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 29.** You have never spoken to Sofia Lubin from 2020-2023.

**Response:** Deny

10

**Admission 30.**   You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

Deny

**Response:**

**Admission 31.**   You have never spoken to Sofia Lubin from 2020-2023 regarding hours
worked.

Deny

**Response:**

**Admission 32.**   You have never spoken to Blanca Sierra from 2020-2023 regarding your
pay.

Deny

**Response:**

**Admission 33.**   You have never spoken to Blanca Sierra from 2020-2023 regarding hours
worked.

Deny

**Response:**

**Admission 34.**   You have never spoken to Letty Zumaya from 2020-2023 regarding your
pay.

Admit

**Response:**

**Admission 35.**   You have never spoken to Letty Zumaya from 2020-2023 regarding hours
worked.

Admit

**Response:**

**Admission 36.**   You have never spoken to El Guero Garza from 2020-2023 regarding your
pay.

Admit

**Response:**

**Admission 37.**   You have never spoken to El Guero Garza from 2020-2023 regarding hours
worked.

Admit

**Response:**

**Admission 38.**   You have never spoken to Benito Garza from 2020-2023 regarding your
pay.

Admit

**Response:**

11

**Admission 39.** You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 40.** You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 41.** You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 42.** You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 43.** You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 44.** You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 45.** You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 46.** You did not work for Defendant from 2020-2023.

**Response:** Deny

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| JUANA CRUZ, | § | |
| OFELIABENAVIDES, | § | |
| GABRIELA VELAZQOEZ, MELESIO | § | |
| CRUZ, | § | |
| ANGELICA CHAVEZ | § | |
| OLGA PEREZ, | § | |
| MAURICIO SANCHEZ, | § | |
| JORGE MAULEON, | § | |
| HECTOR GONZALEZ, | § | |
| YESSYPEREZ, | § | |
| LUIS ALBERTO ZUNGA, | § | |
| GONZALO ESQUIVEL, | § | |
| PATRICIA CONDE, | § | |
| NORMA CONDE, | § | |
| RAFAEL SANCHEZ, | § | CIVIL ACTION NO: 7:23-CV-00343 |
| ROSA QUINTANILLA, | § | |
| HECTOR SANCHEZ, | § | |
| ROSENDO LIEVANOS, | § | |
| MARIA DE LOURDES CRUZ, | § | |
| JOSE ELIAS NG, | § | |
| RICARDO GONZALO, | § | |
| CONCEPCION PEREZ, | § | |
| ELIZABETH LARA, | § | |
| MIGUEL CABALLERO, | § | |
| CARLOS DANIEL LOPEZ, | § | |
| GILDA RIVAS, | § | |
| ARMANDO MORALES DE LLANO, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| *Plaintiffs*, | § | |
| V | § | |
| | § | |
| DELGAR FOODS, INC D/B/A/ DELIA'S | § | |
| TAMALES | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS RESPONSES TO FIRST REQUEST FOR ADMISSIONS

Plaintiffs respond to Respondent's Request for Admissions as set forth below. The following

responses are made solely for the purposes of this action. Also, attached are authorizations to release employment and/or application records.

Responses are made on the basis of information and writings currently available to and located by Plaintiffs upon reasonable investigation. Plaintiffs expressly reserve the right to modify, revise, supplement, or amend their responses as they deem appropriate.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com

Certificate of Service

I certify that on this 2 day of May, 2024 a true and correct copy of the foregoing answers were emailed to:

## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF YESSY PEREZ MARTINEZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 5th day of April, 2024.

_____
YESSY PEREZ MARTINEZ

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:**     Admit

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:**    Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:**    Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:**    Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:**    Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:**    Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:**    Type text here    Admit

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:**    Admit

8

**Admission 10.**        You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**      Admit

**Admission 11.**        While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**      Admit

**Admission 12.**        You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**      Admit

**Admission 13.**        You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**      Admit

**Admission 14.**        You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**      Admit

**Admission 15.**        You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**      Deny

**Admission 16.**        Defendant paid you overtime wages from 2020-2023.

**Response:**      Admit

**Admission 17.**        Any error made by Defendant as to your hours worked was unintentional.

**Response:**      Deny

**Admission 18.**        Any error made by Defendant as to your hours worked was not done willfully.

**Response:**      Deny

9

**Admission 19.**       Any error made by Defendant as to your hours worked was not done knowingly.

**Response:**       Deny

**Admission 20.**       Any error made by Defendant as to your pay was unintentional.

**Response:**       Deny

**Admission 21.**       Any error made by Defendant as to your pay was not done willfully.

**Response:**       Deny

**Admission 22.**       Any error made by Defendant as to your pay was not done knowingly.

**Response:**       Deny

**Admission 23.**       You received no cash for wages from Defendant from 2020-2023.

**Response:**       Deny

**Admission 24.**       You have no written documentation of hours worked by you for Defendant.

**Response:**       Deny

**Admission 25.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 26.**       You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:**       Deny

**Admission 27.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:**       Deny

**Admission 28.**       You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:**       Deny

**Admission 29.**       You have never spoken to Sofia Lubin from 2020-2023.

**Response:**       Deny

10

**Admission 30.**     You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 31.**     You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 32.**     You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 33.**     You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 34.**     You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**     Admit

**Admission 35.**     You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**     Admit

**Admission 36.**     You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**     Deny

**Admission 37.**     You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**     Deny

**Admission 38.**     You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**     Deny

11

**Admission 39.** You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 40.** You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 41.** You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 42.** You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 43.** You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 44.** You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 45.** You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 46.** You did not work for Defendant from 2020-2023.

**Response:** Deny

12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ,** | § | |
| **OFELIABENAVIDES,** | § | |
| **GABRIELA VELAZQOEZ, MELESIO** | § | |
| **CRUZ,** | § | |
| **ANGELICA CHAVEZ** | § | |
| **OLGA PEREZ,** | § | |
| **MAURICIO SANCHEZ,** | § | |
| **JORGE MAULEON,** | § | |
| **HECTOR GONZALEZ,** | § | |
| **YESSYPEREZ,** | § | |
| **LUIS ALBERTO ZUNGA,** | § | |
| **GONZALO ESQUIVEL,** | § | |
| **PATRICIA CONDE,** | § | |
| **NORMA CONDE,** | § | |
| **RAFAEL SANCHEZ,** | § | **CIVIL ACTION NO: 7:23-CV-00343** |
| **ROSA QUINTANILLA,** | § | |
| **HECTOR SANCHEZ,** | § | |
| **ROSENDO LIEVANOS,** | § | |
| **MARIA DE LOURDES CRUZ,** | § | |
| **JOSE ELIAS NG,** | § | |
| **RICARDO GONZALO,** | § | |
| **CONCEPCION PEREZ,** | § | |
| **ELIZABETH LARA,** | § | |
| **MIGUEL CABALLERO,** | § | |
| **CARLOS DANIEL LOPEZ,** | § | |
| **GILDA RIVAS,** | § | |
| **ARMANDO MORALES DE LLANO,** | § | |
| **Individually and On Behalf of All** | § | |
| **Others Similarly Situated,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **V** | § | |
| | § | |
| **DELGAR FOODS, INC D/B/A/ DELIA'S** | § | |
| **TAMALES** | § | |
| | § | |
| *Defendants*. | § | |

VERIFICATION

I certify under penalty of perjury that the foregoing answers are true and correct answers of Plaintiff's to Defendant's' Request for Interrogatories included therein. The answers are true and correct to the best of Plaintiff's knowledge and information.

Respectfully submitted,

/s/

_____

Dr. DOUGLAS A'HERN
A'Hern Law Group PLLC
P -16516 El Camino Real # 349
Houston, TX 77062
S - 1111 W. Nolana Ave
McAllen, Texas 78504
Tel: (281) 904 3797
Fax: (281) 213-0628
TBN: 24069206
FED: 1456411
douglas.a.ahern@gmail.com

and

/s/

_____

Richard R. Alamia
Attorney at Law
619 S. 12th Ave.
Edinburg, TX. 78539
956-381-5766
956-381-5774
Richard.alamia@yahoo.com