IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUANA CRUZ, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CASE NO.: 7:23-CV-00343** |
| | § | |
| **Delgar Foods, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**Order On Defendant Delgar Foods, LLC's Motion for Final Summary Judgment**

On this day, the Court considered Defendant Delgar Foods, LLC's Motion for Final Summary (the "Motion"). Having considered the Motion, any response thereto, the evidence, the arguments of Counsel, if any, and the pleadings on file, the Court rules on Defendant's Motion as follows:

1. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Gabriela Velasquez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

2. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Concepcion Perez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

3. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Maria Jesus Lopez Medina's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

15577778

4. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Gilda Rivas's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

5. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Lazaro Garcia's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

6. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Elias Gutierrez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

7. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Elizabeth Lara's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

8. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Olga Perez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

9. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Hector Sanchez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

10. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Maria de Lourdes Cruz's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

11. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Ricardo Esquivel's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

12. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Mauricio Sanchez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

13. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Juana Cruz de la Cruz's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

14. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Guillermo Ruiz's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

15. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Ofelia Benavidez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

16. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Miguel Caballero's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

17. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Angelica Chavez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

18. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Melesio Cruz's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

19. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Yessy Perez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

20. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Rafael Sanchez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

21. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Rosa Quintana's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

22. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Carlos Lopez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

23. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Hector Gonzalez's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

24. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Jorge Mauleon's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

25. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Rosendo Lievano's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

26. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Luis Zuniga's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

27. It is **ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff Armando Morales's FLSA Wage Violations claim and liquidated damages request against Defendant is **GRANTED** and all claims against Defendant are dismissed with prejudice.

Signed in Houston, Texas this _____ day of _____, 2024.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE

15577778