## AUTHORIZATION TO RELEASE
## EMPLOYMENT AND/OR APPLICATION RECORDS

**TO ALL EMPLOYERS AND POTENTIAL EMPLOYERS OF JUANA CRUZ:**

You are hereby authorized to furnish and release to Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and/or Porter Hedges LLP, and their staff members, representatives and employees, any and all information and documents in your possession or control concerning the employment or potential employment of the above-referenced individual for use in Civil Action No. 7:23-CV-00343, styled *"Juana Cruz, et al. v. Delgar Foods, LLC dba Delia's"* pending in the United States District Court, Southern District of Texas, McAllen Division.

You are hereby authorized and requested to copy and produce any and all:

1. Employment applications;
2. Resumes;
3. Payroll records (including but not limited to pay stubs and pay advices);
4. Hour or time records;
5. Schedules;
6. Records of absences; and
7. Records of any periods of leave.

The relevant period for records responsive/covered by this authorization is 2020–2023.

A copy of this authorization should be considered as valid as the original and shall remain in effect so long as the above-mentioned case is pending.

DATED this 9th day of April, 2024.

_____
JUANA CRUZ

**EXHIBIT C**

## First Set of Request for Admissions

**Admission 1.** Defendant paid you at least minimum wage for all hours worked by you during your employment.

**Response:** Deny

**Admission 2.** Defendant paid you at least minimum wage for all hours worked by you from 2020-2023.

**Response:** Admit

**Admission 3.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you during your employment.

**Response:** Deny

**Admission 4.** Defendant paid you time-and-a-half for all hours worked over 40 in a workweek by you from 2020-2023.

**Response:** Deny

**Admission 5.** Defendant correctly paid you for all hours worked during your employment.

**Response:** Deny

**Admission 6.** Defendant correctly paid you for all hours worked by you from 2020-2023.

**Response:** Admit

**Admission 7.** Defendant paid you for all hours worked by you from 2020-2023.

**Response:** Deny

**Admission 8.** You reported all hours worked by you accurately to Defendant.

**Response:** Deny

**Admission 9.** You recorded all hours worked by you for Defendant in Defendant's timekeeping system.

**Response:** Admit

8

**Admission 10.**     You have no written documentation to rebut Defendant's time records of hours worked by you.

**Response:**     Admit

**Admission 11.**     While employed by Defendant, you were aware of Defendant's requirement to accurately record your hours worked.

**Response:**     Deny

**Admission 12.**     You at all times complied with Defendant's requirement to accurately record hours worked by you.

**Response:**     Admit

**Admission 13.**     You at all times complied with Defendant's requirement to accurately report hours worked by you.

**Response:**     Admit

**Admission 14.**     You reviewed your pay to confirm its accuracy on a weekly basis from 2020-2023.

**Response:**     Admit

**Admission 15.**     You reviewed your hours worked to confirm their accuracy on a weekly basis from 2020-2023.

**Response:**     Admit

**Admission 16.**     Defendant paid you overtime wages from 2020-2023.

**Response:**     Admit

**Admission 17.**     Any error made by Defendant as to your hours worked was unintentional.

**Response:**     Deny

**Admission 18.**     Any error made by Defendant as to your hours worked was not done willfully.

**Response:**     Deny

**Admission 19.** Any error made by Defendant as to your hours worked was not done knowingly.

**Response:** Deny

**Admission 20.** Any error made by Defendant as to your pay was unintentional.

**Response:** Deny

**Admission 21.** Any error made by Defendant as to your pay was not done willfully.

**Response:** Deny

**Admission 22.** Any error made by Defendant as to your pay was not done knowingly.

**Response:** Deny

**Admission 23.** You received no cash for wages from Defendant from 2020-2023.

**Response:** Admit

**Admission 24.** You have no written documentation of hours worked by you for Defendant.

**Response:** Admit

**Admission 25.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 26.** You have never seen Delia Garza a/k/a/ Delia Lubin from 2020-2023.

**Response:** Deny

**Admission 27.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 28.** You have never spoken to Delia Garza a/k/a/ Delia Lubin from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 29.** You have never spoken to Sofia Lubin from 2020-2023.

**Response:** Deny

**Admission 30.**   You have never spoken to Sofia Lubin from 2020-2023 regarding your pay.

**Response:**   Deny

**Admission 31.**   You have never spoken to Sofia Lubin from 2020-2023 regarding hours worked.

**Response:**   Deny

**Admission 32.**   You have never spoken to Blanca Sierra from 2020-2023 regarding your pay.

**Response:**   Deny

**Admission 33.**   You have never spoken to Blanca Sierra from 2020-2023 regarding hours worked.

**Response:**   Deny

**Admission 34.**   You have never spoken to Letty Zumaya from 2020-2023 regarding your pay.

**Response:**   Deny

**Admission 35.**   You have never spoken to Letty Zumaya from 2020-2023 regarding hours worked.

**Response:**   Deny

**Admission 36.**   You have never spoken to El Guero Garza from 2020-2023 regarding your pay.

**Response:**   Admit

**Admission 37.**   You have never spoken to El Guero Garza from 2020-2023 regarding hours worked.

**Response:**   Admit

**Admission 38.**   You have never spoken to Benito Garza from 2020-2023 regarding your pay.

**Response:**   Admit

**Admission 39.** You have never spoken to Benito Garza from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 40.** You have never spoken to Alberto Trevino from 2020-2023 regarding your pay.

**Response:** Deny

**Admission 41.** You have never spoken to Alberto Trevino from 2020-2023 regarding hours worked.

**Response:** Deny

**Admission 42.** You have never spoken to Mirta Garza from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 43.** You have never spoken to Mirta Garza from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 44.** You have never spoken to Lorenzo Luben from 2020-2023 regarding your pay.

**Response:** Admit

**Admission 45.** You have never spoken to Lorenzo Luben from 2020-2023 regarding hours worked.

**Response:** Admit

**Admission 46.** You did not work for Defendant from 2020-2023.

**Response:** Deny