# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS N.G, GABRIELA VELAZQUEZ, RICARDO GONZALEZ, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SAENZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, <br><br>Plaintiffs, <br>v. <br><br>DELGAR FOODS, LLC D/B/A DELIA'S, <br><br>Defendant. | CASE NO.: 7-23-CV-0343 <br>(Bray, P.) |
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS NG, GABRIELA VELAZQUEZ, RICARDO GONZALO, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SANCHEZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, | RELATED ACTIONS: <br><br>CASE NO.: 7:25-CV-00015 <br>(Tipton, D.) |

1

| | |
|---|---|
| **ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICARDO ESQUIVEL, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, MARIA GUADALUPE VILLARREAL SILVA, KARINA MEDINA, RAFAELA RIVERA, ALICE FERNANDA CASTRO, ALEJANDRO RANGEL, GERALD WENDLE, III, MARIA VANTA, AND MARIA RODRIGUEZ, INDIVIDUALLY,**<br>          Plaintiffs,<br><br>v.<br><br>**DELIA GARZA A/K/A DELIA LUBIN, SOFIA LUBIN A/KA SOFIA TREVINO, LORENA LUBIN, ALEJANDRO TREVINO, AND JUAN GARZA,**<br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Defendant Delgar Foods, LLC d/b/a Delia's ("Delia's") Motion to Consolidate ("Motion to Consolidate"), the Court finds the Motion to Consolidate should be and hereby is **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the case styled *Juana Cruz, et al. v. Delia Garza, et al.*, Case No. 7:25-CV-00015 be and hereby is consolidated with Case No. 7:23-CV-0343 styled *Juana Cruz, et al. v. Delgar Foods, LLC d/b/a Delia's*, resulting in one proceeding under Case No. 7:23-CV-0343.

Signed this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

2

17037448