United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Juana Cruz, et al., *Plaintiffs*, | § § § | |
| v. | § § | Civil Action M-23-343 |
| Delgar Foods, LLC, *Defendant*. | § § § | |

### ORDER

The Agreed Motion for Continuance, ECF No. 53, is **GRANTED IN PART**. The February 21, 2025 setting will now be a status conference by video set at 12:30 p.m.

Signed at Houston, Texas, on *Feb. 1, 2025*.

_____
Peter Bray
United States Magistrate Judge