United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| Juana Cruz, et al, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Civil Action M-23-343 |
| § | | |
| Delgar Foods, LLC, et al, § | | |
| *Defendant*. § | | |

## ORDER

The court understands that this case has settled.

The Parties are **ORDERED** to file appropriate dismissal documents disposing of this action with this Court within (30) days of the date of this Order. Should the Parties fail to timely file such documents with this Court, they are **ORDERED** to appear on March 6, 2026, at 10:00 a.m. by video to explain why they have failed to comply with this Order.

It is further **ORDERED** that all other settings, including the jury selection and trial, are canceled, and all pending motions are denied without prejudice as moot.

Signed at Houston, Texas, on February 2, 2026.

_____
Peter Bray
United States Magistrate Judge