## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS N.G, GABRIELA VELAZQUEZ, RICARDO GONZALEZ, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SAENZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA,<br><br>*Plaintiffs,*<br><br>v.<br><br>DELGAR FOODS, LLC D/B/A DELIA'S<br><br>*Defendant.* | CASE NO.: 7:23-CV-00343<br><br>JURY DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Juana Cruz, Ofelia Benavides, Jose Elias N.G., Gabriela Velaquez, Ricardo Gonzalez, Melesio Cruz, Angelica Chavez, Concepcion Perez, Olga Perez, Maurico Saenz, Jorge Mauleon, Hector Sanchez, Hector Gonzalez, Yessy Perez Martinez, Maria de Lourdes Cruz, Resendo Lievanos, Elizabeth Lara, Luis Alberto Zuniga Castillo, Miguel Caballero Sanchez, Guillermo de la Cruz Mendoza, Carlos Daniel Lopez, Gilda Rivas, Armando Morales de Llano, Lazaro Garcia, Maria de Jesus Medina, Richard Esquivel, Patricia Conde-Gonzalez, Norma Conde Alaniz, Rafael Sanchez,

Guillermo Ruiz, Rosa Quintanilla, (jointly, "Plaintiffs") and Defendant Delgar Foods, LLC d/b/a Delia's file this Joint Stipulation of Dismissal, and stipulate as follows:

All claims that were or could have been asserted by Plaintiffs in this Civil Action are hereby dismissed **with prejudice** to refiling. Each party shall bear their own attorneys' fees and costs. The parties intend for this dismissal to be immediately effective without further Court order, as set forth in Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  March 5, 2026

Respectfully submitted,

By: */s/ William R. Stukenberg*
William R. Stukenberg, Attorney-in-Charge
State Bar No. 24051397
Lorena D. Valle
State Bar No. 24131729
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas  77002-6341
(713) 226-6000 (phone)
(713) 228-1331 (fax)

and

Stephen J. Quezada, Of Counsel
State Bar No. 24076195
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
500 Dallas St., Ste 2100
Houston, Texas 77002
(713) 655-5757 (phone)
(713) 655-0020 (fax)

Attorneys for Defendant
DELGAR FOODS, LLC. d/b/a DELIA'S

2

18182804v1

By: /s/ Ricardo Gonzalez
Ricardo Gonzalez
State Bar No. 08131490
Oxford and Gonzalez
124 S. 12th Avenue
Edinburg, TX 78539
Tel: (956) 383-5654
Fax: (956) 381-0002
ric@oxfordandgonzalez.com
**Co-Counsel for Plaintiffs**

and


Richard R. Alamia
State Bar No. 00964200
619 S. 12th Ave.
Edinburg, TX. 78539
(956) 381-5766 (phone)
(956) 381-5774 (fax)
Richard.alamia@yahoo.com
**Lead Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, the above paper was served on all parties and counsel of record via the Clerk's CM/ECF system, as follows:

Ricardo Gonzalez
State Bar No. 08131490
Oxford and Gonzalez
124 S. 12th Avenue
Edinburg, TX  78539
Tel:  (956) 383-5654
Fax:  (956) 381-0002
ric@oxfordandgonzalez.com
Co-Counsel for Plaintiffs

Richard Rene Alamia
Richard R. Alamia Attorney at Law
619 S. 12th Ave.
Edinburg, TX 78539
Tel: 956-381-5766
Fax: 956-381-5774
Richard.alamia@yahoo.com
Lead Counsel for Plaintiffs


*/s/ Stephen J. Quezada*
Stephen J. Quezada

18182804v1