United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUANA CRUZ, OFELIA BENAVIDES, JOSE ELIAS N.G, GABRIELA VELAZQUEZ, RICARDO GONZALEZ, MELESIO CRUZ, ANGELICA CHAVEZ, CONCEPCION PEREZ, OLGA PEREZ, MAURICO SAENZ, JORGE MAULEON, HECTOR SANCHEZ, HECTOR GONZALEZ, YESSY PEREZ MARTINEZ, MARIA DE LOURDES CRUZ, RESENDO LIEVANOS, ELIZABETH LARA, LUIS ALBERTO ZUNIGA CASTILLO, MIGUEL CABALLERO SANCHEZ, GUILLERMO DE LA CRUZ MENDOZA, CARLOS DANIEL LOPEZ, GILDA RIVAS, ARMANDO MORALES DE LLANO, LAZARO GARCIA, MARIA DE JESUS MEDINA, RICHARD ESQUIVEL, PATRICIA CONDE-GONZALEZ, NORMA CONDE ALANIZ, RAFAEL SANCHEZ, GUILLERMO RUIZ, ROSA QUINTANILLA, <br><br>*Plaintiffs,* <br><br>v. <br><br>DELGAR FOODS, LLC D/B/A DELIA'S <br><br>*Defendant.* | CASE NO.: 7:23-CV-00343 <br><br> JURY DEMANDED |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Pending before this Court are Plaintiffs, Juana Cruz, Ofelia Benavides, Jose Elias N.G., Gabriela Velaquez, Ricardo Gonzalez, Melesio Cruz, Angelica Chavez, Concepcion Perez, Olga Perez, Maurico Saenz, Jorge Mauleon, Hector Sanchez, Hector Gonzalez, Yessy Perez Martinez, Maria de Lourdes Cruz, Resendo Lievanos, Elizabeth Lara, Luis Alberto Zuniga Castillo, Miguel Caballero Sanchez, Guillermo de la Cruz Mendoza, Carlos Daniel Lopez, Gilda Rivas, Armando Morales de Llano, Lazaro Garcia, Maria de Jesus Medina, Richard Esquivel, Patricia Conde-Gonzalez, Norma Conde Alaniz, Rafael Sanchez, Guillermo Ruiz, Rosa Quintanilla, (jointly, Plaintiffs") and Defendant Delgar Foods, LLC d/b/a Delia's Joint Stipulation of Dismissal.

After considering the Stipulation, together with the record and applicable law, the Court

makes the following rulings:

It is **ORDERED** that, for the reasons set forth therein, the Stipulation is **GRANTED**.

It is **FURTHER ORDERED** that the above styled matter is **DISMISSED WITH PREJUDICE** to re-filing the same.

It is **FURTHER ORDERED** that each Party shall bear its own attorneys' fees and costs.

Signed and entered this 6th day of March, 2026.

                                                                                                  _____
                                                                                                  PETER BRAY
                                                                                                  UNITED STATES MAGISTRATE JUDGE